# EXHIBIT A

## Frank Silvestri

| | |
|---|---|
| **From:** | Erica Nolan <ENolan@hssklaw.com> |
| **Sent:** | Tuesday, July 16, 2024 12:17 PM |
| **To:** | Frank Silvestri |
| **Cc:** | David Slossberg |
| **Subject:** | RE:        Colker et al |

Thank you, Frank - confirming receipt.  Best, Erica



Erica Oates Nolan, Esq.
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC

135 Broad Street (NEW ADDRESS)
Milford, CT  06460
Tel:  203-877-8000 Ext. 106          Cell:  860-462-1287

ENolan@hssklaw.com          hssklaw.com

Any use, distribution, copying or disclosure of this e-mail is strictly prohibited.  This email and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If you received this e-mail in error, please delete this e-mail and all files transmitted with it from your system and immediately notify the sender by telephone or return e-mail.

Please note that Hurwitz Sagarin Slossberg & Knuff, LLC does not accept .zip attachments.

**From:** Frank Silvestri <fsilvestri@verrill-law.com>
**Sent:** Tuesday, July 16, 2024 12:05 PM
**To:** Erica Nolan <ENolan@hssklaw.com>
**Cc:** David Slossberg <DSlossberg@hssklaw.com>
**Subject:** RE:        v. Colker et al

Thank you, Erica.

Without waiving any of my clients' rights, I am attaching        complete electronic medical records, generated in consultation with DrChrono, Peak Wellness' provider of electronic health record technology.

Frank

**Frank J. Silvestri** COUNSEL
Verrill Dana LLP
355 Riverside Avenue
Westport, CT 06880
T 203-222-3108

fsilvestri@verrill-law.com

1

**EXHIBIT**

**A**





**From:** Erica Nolan <ENolan@hssklaw.com>
**Sent:** Tuesday, July 16, 2024 11:12 AM
**To:** Frank Silvestri <fsilvestri@verrill-law.com>
**Cc:** David Slossberg <DSlossberg@hssklaw.com>
**Subject:**            Colker et al

Hi Frank:  As discussed earlier this morning, attached are courtesy copies of the documents we just filed with the Court, available at Docket # FST-CV24-6068091-S.  Best, Erica



Erica Oates Nolan, Esq.
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC

135 Broad Street (NEW ADDRESS)
Milford, CT  06460
Tel:  203-877-8000 Ext. 106          Cell:  860-462-1287

ENolan@hssklaw.com          hssklaw.com

Any use, distribution, copying or disclosure of this e-mail is strictly prohibited.  This email and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If you received this e-mail in error, please delete this e-mail and all files transmitted with it from your system and immediately notify the sender by telephone or return e-mail.

Please note that Hurwitz Sagarin Slossberg & Knuff, LLC does not accept .zip attachments.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.

2