# EXHIBIT C

**DELIVERED**

# Tuesday

3/5/24 at 10:23 AM

Signed for by: J.HUMMEL

⬇ Obtain proof of delivery

**DELIVERY STATUS**

Delivered 

🛍 Report missing package



**TRACKING ID**

775389066173  ✏ ☆ 📋

**FROM**
Peak Wellness
Peak Wellness, Inc.
195 Field Point Road
Greenwich, CT US 06830
2036259608

*Label Created*
3/2/24 12:24 PM

**WE HAVE YOUR PACKAGE**
ELMSFORD, NY
3/4/24 6:34 PM

**ON THE WAY**
ST. LOUIS, MO
3/5/24 8:08 AM

**OUT FOR DELIVERY**
ST. LOUIS, MO
3/5/24 8:08 AM

**EXHIBIT C**

**DELIVERED**
TANYA HEEPKE
HOLLAND LAW FIRM
211 N. BROADWAY SUITE 2625
ST. LOUIS, MO US 63102
3142442025

*Delivered*
3/5/24 at 10:23 AM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**                   **SUBMIT**

✖ Your email is a required field.

**MORE OPTIONS**

## Shipment facts

### 📦 Shipment overview

**TRACKING NUMBER**    775389066173

**DELIVERED TO**    Receptionist/Front Desk

**SHIP DATE**     3/4/24

**STANDARD TRANSIT** ⓘ    3/5/24 before 8:00 AM

**DELIVERED**    3/5/24 at 10:23 AM

###  Services

**SERVICE**    FedEx First Overnight

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday, Direct Signature Required

**SIGNATURE SERVICES** (?)    Direct signature required

## Package details

**WEIGHT**    2 lbs / 0.91 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    2 lbs / 0.91 kgs

**PACKAGING**    FedEx Pak

↑ Back to top

## Travel history ∧

Ascending ∨

Local Scan Time ∨

**Saturday, 3/2/24**

- 12:24 PM
  Shipment information sent to FedEx

**Monday, 3/4/24**

- 1:38 PM
  Picked up
  At FedEx Office
  GREENWICH, CT

- 1:39 PM

- Shipment arriving On-Time
  GREENWICH, CT

- 5:30 PM
  Picked up
  ELMSFORD, NY

- 6:34 PM
  Picked up
  ELMSFORD, NY

- 9:13 PM
  Left FedEx origin facility
  ELMSFORD, NY

- 10:13 PM
  Arrived at FedEx hub
  NEWARK, NJ

- 11:20 PM
  Departed FedEx hub
  NEWARK, NJ

Tuesday, 3/5/24

- 5:03 AM
  Departed FedEx hub
  INDIANAPOLIS, IN

- 4:46 AM
  At destination sort facility
  BERKELEY, MO

- 6:38 AM
  At local FedEx facility
  ST. LOUIS, MO

- 6:47 AM
  Delay
  A request was made to change this delivery date.
  ST. LOUIS, MO

- 8:08 AM
  On FedEx vehicle for delivery
  ST. LOUIS, MO

- 8:08 AM
  At local FedEx facility
  ST. LOUIS, MO

- ⊘ 10:23 AM

**Delivered**

ST. LOUIS, MO

↑ Back to top