# EXHIBIT D

# HOLLAND LAW FIRM

TRIAL PRACTICE
www.hollandtriallawyers.com

March 20, 2024

**VIA FACSIMILE – 203-629-0589**
Carlon Colker, M.D.
Peak Wellness
*Attn: Medical Records*
195 Field Point Road
Greenwich, CT 06830

|          |                  |                                      |
|----------|------------------|--------------------------------------|
| Re:      | **Patient Name:** | **SSN:**                             |
|          | **DOB:**          | **Dates of Service: 11/01/2019 - Present** |

Dear Sir/Madam:

    Please be advised that we represent           Pursuant to 45 CFR § 164.510(2)(i) this request is being sent at the request of      with       agreement and consent.

    Pursuant to the Health Information Technology for Economic and Clinical Health Act (HITECH Act), 42 U.S.C.A. §17935(e)(1), and its implementing regulations, 45 CFR 164.524(c)(4)(i), I am requesting an electronic format only (unless the records are only maintained in paper form), **FULL COPY OF**      **MEDICAL RECORDS SENT ELECTRONICALLY OR ON A DISC / THUMB DRIVE.**

    Please note, the HITECH Act does not allow a facility to bill for paper copies when electronic copies were requested and available. Please provide the requested records in electronic form, and if possible, email them theepke@hollandtriallawyers.com All records on CD or thumb drive, can be mailed to Holland Law Firm, 211 N. Broadway, Suite 2625, St. Louis, MO 63102.

    The requested records MUST be provided NO LATER than *thirty* (30) calendar days from the date of this request. Any failure to provide the records within *thirty* (30) days is a violation of 45 CFR 164.524(b)(2), and all available remedies and applicable penalties will be sought.

    If you have any questions or concerns regarding this request, please feel free to contact me at (314) 244-2025. Thank you for your prompt attention to this matter.

Very truly yours,

Ann Callis

AEC/th
Enclosures

**EXHIBIT D**

# HOLLAND LAW FIRM

TRIAL PRACTICE
www.hollandtriallawyers.com

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

TO: Healthcare Provider: Peak Wellness / Dr. Carlon Colker, M.D.
Address: _____
City/State/Zip: _____

I hereby authorize the provider listed above to release to **Holland Law Firm**, attorneys at law, and their representatives **all medical records and billing records** including but not limited to patient histories, reports, summaries, notes, intake sheets, nurses' charts, radiology studies, films, test results, photographs, secondary records (i.e., records from other healthcare providers that you have received, correspondence, and e-mails regarding the patient whether sent by you or received by you), and all other documents contained therein, whether stored on paper or electronically. I also authorize the release of all records regarding **chemical dependency, behavioral and/or mental health services, and HIV-related information.** I also authorize attorneys of Holland Law Firm, LLC to speak to my medical providers privately or to take testimony at deposition or trial as may be requested.

### Description of the Information to be Disclosed:
Any and all medical records/itemized billing statements **on appropriate HCFA forms** pertaining to treatment from  11/01/2019  to  Present  .

### Purpose of Disclosure: Legal Litigation

### Re-Disclosure/Revocation/Conditioning Treatment:
I understand that the information disclosed pursuant to this authorization may be subject to re-disclosure by the recipient, and once the protected healthcare information is disclosed it may no longer be protected by the HIPAA regulations. I have the right to revoke this authorization at any time by submitting a written notice to the above recipient, except to the extent that action has been taken in reliance on this authorization. I understand this authorization is voluntary and healthcare providers cannot condition treatment or payment on the signing of this authorization.

### Expiration of Authorization: This authorization will expire at the conclusion of my court case.

*It is expressly agreed that a copy of this authorization shall be as valid as the original.*

_____          _____
Signature of Client or Personal Representative of the          Patient's Date of Birth
Decedent (Executor/Executrix of Estate)

_____          _____
Name of Patient                                Patient's SSN

March 20, 2024
Date

211 North Broadway, Suite 2625   St. Louis, MO 63102   Tel 314.241.8111   Fax 314.241.5554