# EXHIBIT E

April 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 775958545897

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | C.GROSS | Delivery Location: | 211 N BROADWAY |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | ST. LOUIS, MO, 63102 |
| | | Delivery date: | Apr 17, 2024 10:10 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 775958545897 | Ship Date: | Apr 16, 2024 |
| | | Weight: | 5.0 LB/2.27 KG |

**Recipient:**
ANN CALLIS, HOLLAND LAW FIRM
211 NORTH BROADWAY
SUITE 2625
ST. LOUIS, MO, US, 63102

**Shipper:**
Peak Wellness, Inc., Peak Wellness
195 Field Point Road
Greenwich, CT, US, 06830

 **Transaction Record**

04/16/2024 10:19 AM

Thank you for using FedEx.

KEEP THIS FOR YOUR RECORDS
DO NOT ATTACH TO SHIPMENT

**At FedEx Office**
48 W Putnam Av
Greenwich, CT 0683
DeviceID: YAKK-ROSA77

The following shipment(s) were scanned:

775958545897

EXHIBIT
**E**

 Scan here to learn more about
FedEx Office products and services.

This receipt was created at a self-service kiosk at FedEx. See invoice for shipping charges. Visit us at fedex.com or call 1.800.GoFedEx. See FedEx Service Guide at fedex.com for terms and conditions governing your shipment.