# EXHIBIT F

**From:** "Frank Silvestri" <fsilvestri@verrill-law.com>
**Date:** 08/30/2024 at 12:43 pm
**To:** "David Slossberg" <DSlossberg@hssklaw.com>,"Erica Nolan" <ENolan@hssklaw.com>
**Cc:** "Bianca Burns" <bburns@verrill-law.com>,"Karen Warshauer" <kwarshauer@verrill-law.com>
**Subject:**              billing records

David, Erica –

On Dr. Colker's behalf, I'm attaching             billing records in electronic format per your request. Please confirm receipt.

If you believe that, between this production and the production of medical records back in July, your request for production of            records is not satisfied, please let me know what you maintain           is entitled to that has not been produced. Thanks.

Enjoy the holiday weekend.

Frank

**Frank J. Silvestri** COUNSEL

**EXHIBIT F**

Verrill Dana, LLP
355 Riverside Avenue
Westport, CT 06880
T (203) 222-3108

fsilvestri@verrill-law.com

https://www.verrill-law.com/frank-j-silvestri-jr/





This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.