UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 25-cv-00711(RNC) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PEAK WELLNESS, INC. ("Peak Wellness") certifies that it is not a publicly traded company. All of Peak Wellness's common stock is owned by Carlon Colker, M.D., in his individual capacity. No other individual or entity owns any equity interest in Peak Wellness.

Date: May 5, 2025                                   Respectfully submitted,

**Dennis M. Durao**
Federal Bar No.: ct29271
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067
Tel: (860) 233-5600
ddurao@kt-lawfirm.com

**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Pending*
**Lara Juliette Fernandez**
Florida Bar No. 1059162
*Pro Hac Vice Pending*
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

*Counsel for Plaintiffs*

## **CERTIFICATION**

I hereby certify that on May 5, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/Dennis M. Durao
Dennis M. Durao