United States District Court for the District of Connecticut
Docket number 3:25-cv-00711-RNC

*343406*

**Carlon M Colker et al**

Plaintiff,
vs.

AFFIDAVIT OF SERVICE

**Anne Callis et al,**

Defendant,
_____/

I, Richard A. Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 05/12/2025 at 9:41 AM, I served copies of the Summons in a Civil Action and Petition Personally upon **Holland Law Firm LLC** as articulated below.

By delivering a copy to **Traci MacMann** personally; **Process Specialist** thereof, an authorized person to accept service of process.

Said service was effected at: *CT Corporation System 5661 Telegraph Road Suite 4B, Saint Louis, MO 63129.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female** Race: **White** Hair: **Brown & Blonde & Gra** Height: **5'10"** Weight: **160-169** Place: **Commercial Building**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Richard A. Raymond

The foregoing affidavit sworn and subscribed before me today, May 12, 2025

Samantha Lynne Clark         Bridget Ranae Desimone

JobNo. 343406

SAMANTHA LYNNE CLARK
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 27, 2028
Commission # 20234881