# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CARLON M. COLKER, ET AL.,**

V.                                                    SUMMONS IN A CIVIL CASE

**ANNE CALLIS, ET AL.,**

CASE NUMBER: 3:25-CV-00711-RNC

TO: **Anne Callis, Holland Law Firm, LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Dennis M Durao**
**Karsten & Tallberg LLC**
**500 Enterprise Drive, Suite 4B**
**Rocky Hill, CT 06067**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – D Mendez
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025-05-06 17:05:34, Clerk USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Anne Callis**
was received by me on *(date)* **May 21, 2025**.

☑ I personally served the summons on the individual at *(place)* **109 Yorkshire Court Troy IL 62294** on *(date)* **6-3-2025**; or **at 6:58pm**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **6-4-2025**

_____
Server's signature

**Marybeth Rice**
Printed name and title

**1528 S. Big Bend**
**St. Louis MO 63117**
Server's address

Additional information regarding attempted service, etc: