UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-RNC |

**PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST
<u>DEFENDANT HOLLAND LAW FIRM LLC</u>**

Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC. (collectively, "Plaintiffs"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 55(a), request that the Clerk of Court enter a default against Defendant HOLLAND LAW FIRM LLC ("Defendant") for failure to plead or otherwise defend this case. In support of this request, Plaintiffs state:

1. On May 5, 2025, Plaintiffs filed a Complaint against Defendant, thereby initiating this case. *See* ECF No. 1.

2. On May 12, 2025, pursuant to Fed. R. Civ. P. 4, Plaintiffs served Defendant with the Complaint and the summons. *See* ECF 14.

3. To date, Defendant has failed to file a response to the Complaint, or otherwise file any paper in this case.

4. Fed. R. Civ. P. 55(a) states, "[W]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

5. For the reasons stated *supra*, as Defendant has failed to defend this action, entry of a clerk's default is appropriate.

**WHEREFORE**, Plaintiffs respectfully requests that the Clerk of Court enter a default against Defendant HOLLAND LAW FIRM LLC.

Date: June 9, 2025                               Respectfully submitted,

By: /s/ *Dennis M. Durao*

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067

**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Pending*
**Lara Juliette Fernandez**
Florida Bar No. 1059162
*Pro Hac Vice Pending*
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office:  305-614-4071

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2025, a true and correct copy of the foregoing was served upon the following via electronic mail with confirmation copy by regular mail:

Holland Law Firm
211 N Broadway
Suite 2625
St. Louis, MO 63102
info@hollandtriallawyers.com

                                                    By: /s/ *Alejandro Brito*