**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN**

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>　　　　Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>　　　　　Defendant | CASE #: 3:25-cv-00711<br><br><br>JUNE 10, 2025 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Timothy Gondek of Lewis Brisbois Bisgaard & Smith, LLP,

with offices located at 185 Asylum Street, Suite 2603, Hartford, Connecticut, 06103, hereby

appears as counsel for Anne Callis and Holland Law Firm LLC.  Undersigned counsel requests

that copies of all future pleadings, filings, notices, correspondence, and other papers in the above-

captioned case be copied and served at the address indicated herein.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　ANNEE CALLIS
　　　　　　　　　　　　　　　　　HOLLAND LAW FIRM LLC

　　　　　　　　　　　　　　　　　By:  */s/ Timothy Gondek / Juris #ct29190*
　　　　　　　　　　　　　　　　　Timothy Gondek
　　　　　　　　　　　　　　　　　Hannah Meyers
　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH, LLP
　　　　　　　　　　　　　　　　　185 Asylum Street
　　　　　　　　　　　　　　　　　Suite 2603
　　　　　　　　　　　　　　　　　Hartford, Connecticut 06103
　　　　　　　　　　　　　　　　　Timothy.Gondek@LewisBrisbois.com
　　　　　　　　　　　　　　　　　Hannah.Meyers@LewisBrisbois.com
　　　　　　　　　　　　　　　　　hartfordeservice@lewisbrisbois.com
　　　　　　　　　　　　　　　　　Tel: (860) 748-4806
　　　　　　　　　　　　　　　　　Fax: (860) 748-4857

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 10, 2025, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Timothy Gondek*
Timothy Gondek