**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| CARLON M. COLKER, M.D., ET AL<br>　　　　Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>　　　　　Defendant |

CASE #: 3:25-cv-00711

JUNE 10, 2025

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Hannah Meyers of Lewis Brisbois Bisgaard & Smith, LLP, with offices located at 185 Asylum Street, Suite 2603, Hartford, Connecticut, 06103, hereby appears as counsel for Anne Callis and Holland Law Firm LLC.  Undersigned counsel requests that copies of all future pleadings, filings, notices, correspondence, and other papers in the above-captioned case be copied and served at the address indicated herein.

Respectfully submitted,
ANNE CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Hannah Meyers / Juris #ct31896*
Hannah Meyers
Timothy Gondek
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

158529504.1

Page **1** of **2**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on June 10, 2025, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Hannah Meyers*
Hannah Meyers