**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| CARLON M. COLKER, M.D., ET AL<br>            Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>            Defendant |

CASE #: 3:25-cv-00711

JUNE 10, 2025

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Defendant Holland Law Firm LLC, states as follows:

Holland Law Firm LLC is a Missouri limited liability company with a principal place of business located in Saint Louis, Missouri. Holland Law Firm LLC is a non-governmental entity. The sole owner and member of Holland Law Firm LLC is Eric D. Holland and no other person or entity owns more than 10% of its stock.

Respectfully submitted,
ANNE CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

158542587.1

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Timothy Gondek*
Timothy Gondek