**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>          Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>          Defendant | CASE #: 3:25-cv-00711<br><br><br><br>JUNE 10, 2025 |

**DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Procedure, defendants Anne Callis ("Callis") and Holland Law Firm LLC ("HLF"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby request an extension of fourteen (14) days, up to and including July 9, 2025, by which to file either a pleading or a motion pursuant to Rule 12, in response to the plaintiff's Complaint.  Defendants represent that good cause exists for the requested extension; while plaintiffs served their Complaint against HLF on May 12, 2025, the Complaint was not served on Callis until June 4, 2025.  Given the unity of action against the two defendants, and the fact that any responses by these defendants will be inextricably intertwined, response is not possible nor feasible for HLF absent that of Callis.  Additionally, this matter was not referred to defense counsel by defendants' liability carrier until May 30, 2025, with counsel being able to accept representation on June 2, 2025 after clearing conflicts.  Thus, the additional time is warranted so that counsel might properly investigate the allegations prior to response.  The additional time sought will not cause any harm, prejudice, or undue inconvenience to the plaintiff. This motion is defendants' first such motion and will not effect or impact any other currently set or pending dates in this matter.

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests an extension of time through and including July 9, 2025 to respond to the plaintiff's Complaint.

    Respectfully submitted,
    ANNE CALLIS
    HOLLAND LAW FIRM LLC

    By: */s/ Timothy Gondek / Juris #ct29190*
    Timothy Gondek
    Hannah Meyers
    LEWIS BRISBOIS BISGAARD & SMITH, LLP
    185 Asylum Street
    Suite 2603
    Hartford, Connecticut 06103
    Timothy.Gondek@LewisBrisbois.com
    Hannah.Meyers@LewisBrisbois.com
    hartfordservice@lewisbrisbois.com
    Tel: (860) 748-4806
    Fax: (860) 748-4857

**CERTIFICATE OF SERVICE**

      This is to certify that on July 10, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

      */s/ Timothy Gondek*
      Timothy Gondek