UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>      Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>      Defendant | CASE #: 3:25-cv-00711<br><br><br>JUNE 11, 2025 |

**DEFENDANT HOLLAND LAW FIRM LLC'S**
**OBJECTION TO PLAINTIFFS' MOTION FOR DEFAULT**

      Defendant, Holland Law Firm, LLC, hereby objects to the Motion for Default filed by plaintiffs Carlon Colker, M.D. and Peak Wellness, Inc. As addressed within defendants' Motion for Extension of Time (doc no. 20), defense of this matter was referred to undersigned counsel only recently, upon which counsel filed their appearances on behalf of both defendants Ann Callis and Holland Law Firm, LLC. (Counsel would also represent that an issue with the undersigned's PACER account prevented undersigned from appearing at an earlier date.) While plaintiffs did serve defendant law firm on May 12, 2025, they chose not to serve defendant Callis until June 4, 2025. As discussed within the Motion for Extension of Time, the claims against Holland Law Firm and Ann Callis are inexplicably intertwined, and as such any responsive pleadings would be equally as such. Thus, defendants would have sought additional time to file a responsive pleading on behalf of defendant law firm in any regard until such time as Callis was properly served.

      At present, there exist good faith and meritorious defenses to the claims made by plaintiffs, both with respect to potential dispositive motions as well as the substantive nature of the claims and allegations made therein. Given that defendants are now represented by counsel, who have

filed appearances, the requisite Rule 7.1 disclosure, as well as a request for an extension of time until July 9, 2025 by which to respond on behalf of both defendants, a default is improper. Defendants therefore object to the plaintiffs' Motion for Default and request that the clerk deny said motion in turn.

 

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

**CERTIFICATE OF SERVICE**

      This is to certify that on June 11, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

      */s/ Timothy Gondek*
      Timothy Gondek