**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>  v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-RNC |

**NOTICE OF APPEARANCE**

Please take notice that Alejandro Brito, Esq. of the law firm of Brito, PLLC hereby enters his appearance as co-counsel for Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC

Date: June 11, 2025

Respectfully submitted,

By: /s/ *Alejandro Brito*

**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Admitted*
**Lara Juliette Fernandez**
Florida Bar No. 1059162
*Pro Hac Vice Admitted*
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B

Rocky Hill, CT 06067

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, a true and correct copy of the foregoing was

served upon the following via electronic mail with confirmation copy by regular mail:

Holland Law Firm
211 N Broadway
Suite 2625
St. Louis, MO 63102
info@hollandtriallawyers.com

By:  /s/ *Alejandro Brito*