**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN**

CARLON M. COLKER, M.D., ET AL
          Plaintiff

v.

ANNE CALLIS, ET AL
              Defendant

CASE #: 3:25-cv-00711

JUNE 16, 2025

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that William S. Fish, Jr. of Hinckley, Allen & Snyder LLP, with offices located at 20 Church Street, 18th Floor, Hartford, Connecticut, 06103, hereby appears as counsel for Ann Callis and Holland Law Firm LLC. Undersigned counsel requests that copies of all future pleadings, filings, notices, correspondence, and other papers in the above-captioned case be copied and served at the address indicated herein.

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: _William S. Fish_ ct05349
     William S. Fish, Jr.
     Alexa T. Millinger
     HINCKLEY, ALLEN & SNYDER LLP
     20 Church Street, 18th Floor
     Hartford, Connecticut  06103
     wfish@hinckleyallen.com
     amillinger@hinckleyallen.com
     Tel: (860) 725-6200
     Fax: (860) 278-3802

*Defendant's first name is spelled incorrectly in the Complaint as "Anne".

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 16, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

William S. Fish, Jr.