**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN**

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>        Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>                Defendant | CASE #: 3:25-cv-00711<br><br><br>JUNE 16, 2025 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexa T. Millinger, of Hinckley, Allen & Snyder LLP, with offices located at 20 Church Street, 18th Floor, Hartford, Connecticut, 06103, hereby appears as counsel for Ann Callis and Holland Law Firm LLC.  Undersigned counsel requests that copies of all future pleadings, filings, notices, correspondence, and other papers in the above-captioned case be copied and served at the address indicated herein.

Respectfully submitted,

ANN CALLIS

HOLLAND LAW FIRM LLC

By: _____ ct29800
Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY, ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut  06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

*Plaintiff's first name is spelled incorrectly in the Complaint as "Anne".

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 16, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

_____

Alexa T. Millinger

66328528 v1