**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>    Defendants. | Case No.: 3:25-cv-00711-RNC |

## <u>NOTICE OF FILING</u>

Please take notice that Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC., hereby file the Certificate of Good Standing for Alejandro Brito, Esq.

Date: June 23, 2025

Respectfully submitted,

By: /s/ *Alejandro Brito*
**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Admitted*
**Lara Juliette Fernandez**
Florida Bar No. 1059162
*Pro Hac Vice Admitted*
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

This certifies that on June 23, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system to all counsel of record:

Timothy Gondek, Esq.
Hannah Meyers, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
*Counsel for Defendants*

William S. Fish, Jr., Esq.
Alexa T. Millinger, Esq.
Hinckley, Allen & Snyder, LLP
20 Church Street
18th Floor
Hartford, Connecticut 06103
wfish@hinckleyallen.com
amillinger@hinckleyallen.com

By: /s/ *Alejandro Brito*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071