UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>　　　　Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>　　　　Defendant | CASE #: 3:25-cv-00711<br><br><br><br><br>JULY 8, 2025 |

**DEFENDANTS' *CONSENTED-TO* MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

　　　　Defendants, Anne Callis ("Callis") and Holland Law Firm LLC ("HLF"), by and through their attorneys, hereby submit the following Motion for Extension of Time. Defendants are seeking an additional twenty (20) days, up to and including July 29, 2025, by which to file a response to the Complaint filed by the plaintiffs. Defendants represent that good cause exists for the granting of this request, as counsel require additional time to investigate the allegations of the complaint, particularly given the extensive background which informs the Plaintiff's allegations. Defendant Callis was only served on June 4, 2025, less than one month ago. Moreover, the undersigned has only recently been retained as co-counsel to assist on the matter.

　　　　The Plaintiffs indicated they would not consent to a 30-day extension, but would consent to a 10-day extension. The Defendants responded and inquired whether they would agree to meet in the middle at a 20-day extension. Plaintiffs have acknowledged and consent to Defendants' request for a twenty (20) day extension.

　　　　This is Defendants' second request for an extension of time, with the first being granted by this court. No party will be prejudiced by this extension of time, and the requested extension of time will not unduly disrupt the schedule of this Court as there are no currently set dates or

deadlines. Pursuant to Local Rule 7(b)(3), the instant motion is being filed more than three business days in advance of the currently pending deadline of July 9, 2025.

WHEREFORE, for all the foregoing reasons, Defendants respectfully request an extension of time through and including July 29, 2025 to respond to the Plaintiffs' Complaint, and for all other and further relief as this Court deems just and appropriate.

      Respectfully submitted,

      ANNE CALLIS AND
      HOLLAND LAW FIRM LLC


By: */s/ Alexa T. Millinger*_____
    Alexa T. Millinger
    William S. Fish, Jr.
    Hinckley, Allen & Snyder LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    amillinger@hinckleyallen.com
    wfish@hinckleyallen.com
    Tel: (860) 725-6200
    Fax: (860) 278-3802
    Their Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that on July 8, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                */s/ Alexa T. Millinger*_____
                                                Alexa T. Millinger