UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON COLKER, M.D., ET AL<br>            Plaintiff<br><br>v.<br><br>ANN CALLIS, ET AL<br>            Defendant | CASE #: 3:25-cv-00711<br><br><br><br>JULY 29, 2025 |

### DEFENDANTS ANN CALLIS AND HOLLAND LAW FIRM, LLC'S MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e), Defendants Ann Callis ("Callis") and Holland Law Firm, LLC ("Holland") hereby move to seal portions of their Memorandum of Law in support of their Motion to Dismiss, along with the entirety of Exhibit A to the Affidavit of Timothy Gondek, attached thereto, filed contemporaneously, on the grounds that they include highly personal information of Janel Grant including but not limited to protected health information.

Pending any ruling by the Court on this Motion to Seal, any specific references to Exhibit A included in the Memorandum of Law along with Exhibit A itself have been redacted. Separate and unredacted copies of the Motion to Dismiss, Supporting Memorandum of Law, and Exhibit A have been filed under seal.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
185 Asylum Street, Suite 2603
Hartford, CT 06103
**Juris No. 427824**
**PHONE:** 860.566.8045
**FAX:** 860.748.4857

**WHEREFORE**, the undersigned Defendants move this Court, pursuant to Local Rule of Civil Procedure 5(e), to seal one paragraph of their Memorandum of Law along with Exhibit A attached to the accompanying affidavit of Timothy Gondek.

Dated this 29th day of July, 2025.

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

## CERTIFICATION OF SERVICE

This is to certify that on this 29th day of July, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                                             */s/ Timothy M. Gondek*
                                                                               Timothy M. Gondek