UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>      Plaintiff<br><br>v.<br><br>ANN CALLIS, ET AL<br>      Defendant | CASE #: 3:25-cv-00711<br><br><br>JULY 29, 2025 |

### DEFENDANTS' MOTION TO DISMISS

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Ann Callis and the Holland Law Firm hereby move to dismiss in its entirety the Complaint filed by Plaintiffs Carlon M. Colker, M.D. and Peak Wellness, Inc.

      Plaintiffs allege a claim of defamation per se as against the Defendants; however, as set forth in greater detail in the accompanying Memorandum of Law, the Complaint fails to allege any plausible basis to support the necessary allegation of actual malice. Where the Plaintiffs have failed to meet their burden on an essential element of their stated cause of action, the Complaint should be dismissed as a matter of law.

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

## CERTIFICATE OF SERVICE

This is to certify that on July 29, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Timothy Gondek*
Timothy Gondek