UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>      Plaintiff<br><br>v.<br><br>ANN CALLIS, ET AL<br>      Defendant | CASE No.: 3:25-cv-00711<br><br><br>AUGUST 15, 2025 |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants Ann Callis and the Holland Law Firm (collectively the "Defendants") move to stay all discovery until resolution of the Defendants' pending Motion to Dismiss. (ECF No. 37).

The Defendants filed their Motion to Dismiss on July 29, 2025. (ECF No. 37). The Motion seeks dismissal of the entire complaint based on the Plaintiffs' failure to plead actual malice. The Court has ordered the Plaintiffs to amend their Complaint to address the actual malice issue by August 19, after which the Defendants can renew their Motion to Dismiss.

The Plaintiffs served discovery on both defendants on August 7, 2025 consisting of requests for production of documents, interrogatories, and requests for admission directed at each defendant. Because there is a substantial likelihood the Defendants will prevail on their Motion to Dismiss, and the discovery served raises privilege issues that will inevitably engender significant motion practice, the Defendants request that the Court stay any discovery until after resolution of the Motion to Dismiss.

1

For all the foregoing reasons, more fully detailed in the accompanying Memorandum of Law, the Defendants respectfully request this Court issue an order staying discovery until resolution of the Defendants' Motion to Dismiss.

>Respectfully submitted,
>
>ANNE CALLIS
>HOLLAND LAW FIRM LLC
>
>By:  */s/ Alexa T. Millinger*
>Alexa T. Millinger
>William S. Fish, Jr.
>HINCKLEY ALLEN & SNYDER LLP
>20 Church Street, 18th Floor
>Hartford, Connecticut 06103
>amillinger@hinckleyallen.com
>wfish@hinckleyallen.com
>Tel: (860) 725-6200
>Fax: (860) 278-3802
>
>Timothy Gondek
>Hannah Meyers
>LEWIS BRISBOIS BISGAARD & SMITH, LLP
>185 Asylum Street
>Suite 2603
>Hartford, Connecticut 06103
>Timothy.Gondek@LewisBrisbois.com
>Hannah.Meyers@LewisBrisbois.com
>hartfordservice@lewisbrisbois.com
>Tel: (860) 748-4806
>Fax: (860) 748-4857

## **CERTIFICATE OF SERVICE**

This is to certify that on August 15, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                    */s/ Alexa T. Millinger*_____
                                                    Alexa T. Millinger