**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CARLON COLKER, M.D., ET AL
   Plaintiff

            CASE #: 3:25-cv-00711

v.

ANN CALLIS, ET AL
   Defendant      AUGUST 20, 2025

## DEFENDANTS ANN CALLIS AND HOLLAND LAW FIRM, LLC'S MOTION TO SEAL DOCUMENT NO. #44

Pursuant to Local Rule of Civil Procedure 5(e), Defendants Ann Callis ("Callis") and Holland Law Firm, LLC ("Holland") hereby move to seal the Memorandum in Opposition filed on August 19, 2025 by Plaintiffs Carlon Colker, M.D. and Peak Wellness (document no. 44), on the grounds that it includes highly personal information of non-party Janel Grant including but not limited to protected health information.

**WHEREFORE**, the undersigned Defendants move this Court, pursuant to Local Rule of Civil Procedure 5(e), to place document no. 44, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss under seal.

Dated this 20th day of August, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
185 Asylum Street, Suite 2603
Hartford, CT 06103
**Juris No. 427824**
**PHONE:  860.566.8045**
**FAX:  860.748.4857**

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

161825564.1                                          2

## **CERTIFICATION OF SERVICE**

This is to certify that on this 20th day of August, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


                                            */s/ Timothy M. Gondek*
                                            Timothy M. Gondek