### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>Plaintiff<br><br>v.<br><br>ANN CALLIS, ET AL<br>Defendant | CASE No.: 3:25-cv-00711<br><br><br><br>SEPTEMBER 2, 2025 |

### DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

The Defendants Ann Callis and the Holland Law Firm, LLC (collectively the "Defendants") file this Reply to Plaintiffs Carlon Colker and Peak Wellness, Inc.'s (collectively the "Plaintiffs") Opposition to Defendants' Motion to Dismiss. (Dkt. No. 44) (the "Opposition" or "Opp.").

The Opposition does not save the action from dismissal. The Plaintiff Dr. Colker, who has made his career in large part by injecting himself into the media for decades as a "celebrity doctor" now attempts to disavow his public figure status to avoid the heightened pleading burden that comes with it. This attempt fails because Dr. Colker is a public figure based on the Complaint and the publications that this Court can take judicial notice of. The Complaint also does not offer any legal or factual support from which this Court can hold that the Plaintiffs have pled actual malice. Instead, they attempt to argue that extraneous conjecture is factual support for actual malice – it is not. The only alleged evidence of actual malice in the Complaint is the Medical Records[1], and

---

[1] Capitalized terms have the same meaning as defined in the Motion to Dismiss.

those are not sufficient to establish that the Statements were made with actual malice. The Complaint should be dismissed.

## I.    The Plaintiffs are indisputably public figures.

The Plaintiffs' argument is that because their Complaint does not allege that they are public figures, or facts establishing they are public figures, then they cannot be found to be public figures. But this argument is flawed both logically and under the law. First, by this logic, if someone like Taylor Swift – undeniably a public figure – were to bring a defamation action that did not include in the allegations what her profession was or any facts about her background, she could be deemed not a public figure. That would be an absurd result that would allow a public figure to avoid the heightened burden by purposefully omitting certain facts from their complaint. Second, well-established case law allows for a court to take judicial notice of relevant matters outside the corners of the complaint to determine whether a plaintiff is a public figure on a motion to dismiss. As explained in *Khalil v. Fox Corp.,* 630 F. Supp. 3d 568, 583 (S.D.N.Y. 2022): "[w]hen determining whether a plaintiff is a public figure in defamation cases, courts 'can take judicial notice of the existence of articles written by and about [the plaintiff], though not for the truth of the matter asserted in the documents themselves.' *See, e.g., Biro v. Conde Nast*, 968 F. Supp. 2d 255, 271 n.9 (S.D. N.Y. 2013), *aff'd*, 807 F.3d 541 (2d Cir. 2015). *See also McCollum v. Baldwin,* 688 F. Supp. 3d 117, 123 (S.D.N.Y. 2023) (taking judicial notice of television news appearances and social media content when determining whether plaintiff is a limited purpose public figure); *Prince v. Intercept,* 634 F. Supp. 3d 114, 136 (S.D.N.Y. 2022) (taking judicial notice of news articles).

The Plaintiffs' Opposition (p. 6) cites *Prince v. Intercept, supra*, for the proposition that the public figure determination must be made from the pleadings alone. But in that case, the court

actually specifically considered and relied upon articles published by the plaintiff which were put in the record through an affidavit attached to a motion to dismiss. 634 F. Supp. 3d at 135.

The Plaintiffs– glossing over the fact that courts may take judicial notice of relevant publications to make a public figure determination – go on to argue that in the cases in which the court considered sources outside the pleadings, the parties had actually attached the articles relied upon and not just referenced them. (Opp. at 8). While the Defendants contend that this Court can find the Plaintiffs to be public figures from the Peak Wellness website cited in their Motion to Dismiss, this Reply also attaches a collection of articles and media appearances by Dr. Colker to support his public figure status. (*See* Affidavit of Timothy Gondek, attached as Exhibit 1). Notably, the Plaintiffs cite no authority, and there is none, which states that the Court cannot consider these sources on a motion to dismiss for purposes of determining whether someone is a public figure.

Especially considering the attached media in the record, the Court can easily determine that Dr. Colker is a public figure. He has intentionally sought to put himself at the center of and influence public discourse on matters related to health optimization and alternative health treatments. Indeed, "[t]he very purpose of writing articles in scientific journals, lecturing at universities, and opining in news shows and documentaries is to influence public discourse." *Biro v. Conde Nast,* 963 F. Supp. 2d 255, 271 (S.D.N.Y. 2013). Dr. Colker has prolifically injected himself in the media on health issues, and the Statements in this case relate directly to Dr. Colker's career as a doctor and purported health expert, which is precisely what he has sought to become a public figure on. Therefore, Dr. Colker is at least a limited purpose public figure on health-related issues.[2] The Opposition does not take issue with this argument, but rather

---

[2] Although not decided under Rule 12(b)(6), the decision in *Kipper v. NYP Holdings, Inc.* is useful. In that case, a New York court held that a doctor who sued the New York Post for

argues that Dr. Colker is not a general purpose public figure because he is not a "household name," and that Dr. Colker is not a public figure by virtue of his involvement in this lawsuit. (Opp. at 9-10). But it conveniently omits any discussion of the decades of effort Dr. Colker has made to become a public authority and influencer on health optimization. Dr. Colker has taken great efforts to make himself a public figure and should not be allowed to argue that he is not to avoid the heighted pleading burden that comes with it.

## II.    Callis' experience as a seasoned legal professional does not somehow establish actual malice – the only evidence alleged is the Medical Records.

The Opposition disputes the Defendants' assertion that the Medical Records are the only basis for actual malice allegations in the Complaint (p. 12). Instead, they stretch the facts of the Complaint to argue that Callis' statements, by virtue of the fact that she is an experienced lawyer and former judge, somehow establish actual malice (*id.* at 14). This creative leap is not supported by facts or law.

In making this argument, the Plaintiffs suggest that the Statements evidence a "purposeful avoidance of the truth" (Opp. at 12)(citing *Harte-Hanks Communications v. Connaughton,* 491 U.S. 657, 692 (1989)). The Plaintiffs also cite *Curtis Publishing Co. v. Butts,* 388 U.S. 130, 155

---

publishing an article stating that his medical license had been suspended was "unquestionably a public figure." 15 Misc. 3d 1136(A), 841 N.Y.S.2d 820, *2 (Sup. Ct. 2007), *overruled on other grounds Kipper v. NYP Holdings Co.,* 12 N.Y.3d 348, 358, 912 N.E.2d 26, 32 (2009). In support of that conclusion, the court reasoned:

> [The plaintiff doctor's] detoxification practice has been written about extensively in the media; he has appeared as a doctor in several films, including one in which he portrays himself; he has appeared as a medical expert more than 100 times on television. Indeed, defendant notes, and Dr. Kipper does not dispute, that Dr. Kipper's website states that Dr. Kipper "has appeared on all major and local networks including CNN, FOX, ABC, NBC, and more as an expert commentator on issues relating to internal medicine, addiction, and health care." See http://www.davidkipper.com/about.html. as cited in defendant's papers. He is quintessentially "the publicized person [who] has taken an affirmative step to attract public attention." *James v. Gannett Co.,* 40 N.Y.2d 415, 422 (1976); *see also Maule v. NYM Corp .,* 54 N.Y.2d 880 (1981).

(1967) to argue that an "extreme departure" from professional standards may support allegations of actual malice. (Opp. at 12). But the allegations in this case are nothing like *Curtis Publishing*, which involved a magazine publishing allegations based on questionable sources – including a man who claimed to overhear a phone conversation between the subjects of the article – while failing to interview other, reliable and available sources to confirm. This is not remotely the case here. There is nothing in the allegations or the record to suggest that Janel Grant is not a reliable source. Nor is there anything establishing that Callis did not conduct any investigation to verify the allegations before making the statements – and in fact the allegations support that *she did in fact investigate* by, at the very least, requesting and obtaining the Medical Records. The Plaintiffs have not remotely alleged facts from which the Court can conclude that Callis purposely avoided the truth or departed *in any way* from professional standards. Again, even after reviewing the allegations that the Plaintiffs reiterate at pp. 12-13 of the Opposition, *the only basis* for Plaintiffs' argument that Callis should have known the Statements were false, avoided the truth, or departed from professional standards, is the contents of the Medical Records. And as discussed at length in the Motion to Dismiss and again below, those records simply do not contain anything that disproves or even casts doubt on the Statements.

Plaintiffs argue that because Callis is a seasoned lawyer and former judge, she should have been able to discern that the alleged defamatory information she was relaying was false (Opp. at 14). There is no support for that, and that argument does not make any logical sense. In fact, it supports the Defendants' position: Callis' role as a former member of the judiciary belies the Plaintiffs' allegations because it strongly suggests that Callis would *not* have made the Statements without any support for them – let alone if she *knew* they were false.

The other allegations the Plaintiffs rely on ostensibly to support actual malice are not even fact, just conjecture. For instance, they allege that "[h]ad [the Statements] been true, Dr. Colker

would have faced immediate and severe criminal, regulatory, and professional consequences." (Compl. ¶63). Of course, that hypothetical has no bearing on whether or not the Statements are false. They also allege that "[h]ad [the Statements] had any legal merit, Defendants would have included them in her court filings, but they didn't. . . (Compl. ¶¶60, 70, 71, 72). This statement ignores the fact that the Defendants, on behalf of Janel Grant, brought a Bill of Discovery action that alleged *the very same allegations as the Statements. See Janel Grant v. Carlon M. Colker, et al.*, FST-CV24-6068091-S, Doc No. 100.31. The fact that Callis, on behalf her client, included the very same allegations in the bill of discovery action against Colker, undermines the Plaintiffs suggestion that she did not include these statements in any court filing because she had doubts as to their truth. There is nothing to support such an argument. Again, the only factual allegations in the Complaint that the Plaintiffs rely on to support actual malice are the Medical Records, and as discussed below, those are not sufficient. Rather, all of the allegations, taken as a whole, indicate that Callis fully believed the truth of her Statements. If not, she would not have based a bill of discovery action or pursued months of discovery based on them, or put her reputation as a seasoned lawyer and former judge on the line by making public statements of which she harbored doubts.

### III.    The Plaintiffs do not establish that the Medical Records create sufficient allegations of actual malice.

Having alleged no facts to support actual malice besides Callis' possession of the Medical Records, in order for the Complaint to survive dismissal the Court must conclude that the information contained in the Medical Records made the Statements false or establishes that they were made with reckless disregard for the truth. It cannot.  The Plaintiffs do not point to anything in the Medical Records that contradicts or even casts doubt on the Statements, because they cannot. There is nothing to plausibly establish actual malice.

The Plaintiffs' Opposition chides the Defendants' argument that the Medical Records must disprove the Statements for actual malice to be established. (Opp. at 15). But this is precisely what the legal standard requires. Of course, defamation is a false statement of fact. And actual malice requires that a statement is made "with knowledge that it was false or with reckless disregard of whether it was false or not." *New York Times v. Sullivan,* 376 U.S. 254 (1964).

Plaintiffs argue that "even a cursory review of the medical records supports the notion of patient-initiated, informed, and consented treatments of Grant by Plaintiffs[.]" (Opp. at 15). However, Plaintiffs miss the forest for the trees, perhaps deliberately. The only thing the Medical Records prove is what is recorded within those records. For example, a treatment record which documents the contents of an IV administered to a patient is not proof that the contents of the IV were actually shared with or disclosed to the patient. Indeed, the excerpts of Grant's medical records which Plaintiffs cite to within their Opposition do detail the contents of the medications allegedly provided to Grant on those dates, but in no way establish that Grant herself was advised as to the contents of those medications. The Court must remember that the Statements at issue were speaking to the fact that Grant was not told what pills she was taking or what was in the IVs, since they were clearly made in the context of Grant's complaints, not that the Plaintiffs did not know.

Additionally, Plaintiffs – in attempting to disprove the Defendants' argument – cherry-pick a mere handful of records which fit their narrative. In Footnote 4, Plaintiffs identify a mere 23 pages out of the 270 that comprise the Medical Records as those that support their claim that the records disprove the Statements. Even if those 23 pages of the Medical Records were sufficiently documented so as to disprove the Statements, they would only do so for the treatments administered on the dates covered by those records – not the remaining 247 pages of records.

7

And the Plaintiffs' response only attempts to argue that the Medical Records support "informed and consented treatments of Grant," but make no mention of how the Medical Records disprove or cast doubt on the Statement that Colker was on Vince McMahon's payroll, or the statements that Grant's condition was not improving. (Compl. ¶¶56, 58). The Plaintiffs simply do not and cannot support their conclusory statement that the records "entirely belie[ ] and demonstrate[ ] the falsity and actual malice of the statements made by Callis [.]" (Opp. at 21).

The Plaintiffs also state that consideration of the Medical Records is "improper at this stage of the proceedings" (Opp. at 15), but do not cite any authority for that statement, and significantly do not refute the law the Defendants cited allowing the Court to consider documents that were relied upon and integral to the Complaint. *Cortec Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 47, 48 (2d Cir.1991)(upholding trial court's decision to consider, on a motion to dismiss, documents not attached to or incorporated into the complaint, but in the plaintiff's possession and relied upon by the plaintiff in drafting the complaint).

Finally, it is worth noting that in the Opposition, the Plaintiffs attempt to characterize the Defendants' argument that the instant action is an attempt to intimidate and silence lawyers representing a victim of serious sexual abuse in a public and painful lawsuit, as a "red-herring." (Opp. at 14). But Plaintiffs' attempt to bury the true intent of this lawsuit is completely negated by the fact that they publicly filed Janel Grant's personal medical information in their Opposition by copying portions of her medical records into their brief. Further, Plaintiffs did not remedy the issue on their own; rather, this Court was forced to place the Opposition under seal of its own accord given the sensitive information improperly disclosed therein.  This would be egregious for any party, but particularly in a filing by a doctor responsible for holding confidential information for his patients. Clearly this was an attempt to intimidate and harass Ms. Grant and her attorneys.

**IV.    The Plaintiffs should not be permitted to amend their Complaint if this Motion**

**to Dismiss is granted.**

This Court gave the Plaintiffs the option to either amend their Complaint in response to the Defendants' Motion to Dismiss, or file an Opposition. (Dkt. No. 40). They chose to file an Opposition. They have no right to amend under Fed. R. Civ. P. 15, therefore any amendment would need to be with leave, which the Defendants would of course object to.

A motion for leave to amend the complaint can be denied where there is "undue delay in filing the amended complaint, undue prejudice if the amended complaint is permitted, or the futility of the amendment." *Senich v. Am.-Republican, Inc.,* 215 F.R.D. 40, 41 (D. Conn. 2003)(citing *Foman v. Davis,* 371 U.S. 178, 182 (1962)). Here, the Plaintiffs unduly delayed in amending because they chose not to amend when the Court first gave them the opportunity and instead filed an Opposition that forced the Defendants to file this Reply. And if the Plaintiffs actually have "further particularized allegations" of actual malice as they cite in the Opposition (p. 21), there is no reason they would have withheld those and risk dismissal of their entire action. That decision casts doubt on whether they actually can more specifically plead actual malice, suggesting any amendment would be futile. Moreover, the fundamental problem that the Plaintiffs do not have any evidence of actual malice cannot be cured by a more "particularized" pleading.  The Plaintiffs should not be permitted to replead if this Court denies the Motion to Dismiss.

For all the foregoing reasons, and those set forth in the Defendants' Motion to Dismiss, the Defendants ask this Court to hold that the Plaintiffs have failed to plausibly plead actual malice, as required for a defamation claim against a public figure, and therefore their action warrants dismissal.

Respectfully submitted,
ANNE CALLIS
HOLLAND LAW FIRM LLC

By: _/s/ Timothy Gondek / Juris #ct29190_
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 2, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


<u>/s/ Timothy Gondek</u>
Timothy Gondek

# Exhibit 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>                  Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>                       Defendant | CASE #: 3:25-cv-00711<br><br><br><br>SEPTEMBER 2, 2025 |

### AFFIDAVIT OF TIMOTHY GONDEK

Timothy Gondek, being duly sworn, deposes and says:

1.      I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2.      I am a partner in the law firm of Lewis Brisbois Bisgaard & Smith, LLP, counsel for the Defendants in the above-captioned matter. The facts stated below are true and within my own personal knowledge, and if called to testify, I would competently testify thereto. I submit this declaration in support of the Defendants' motion to dismiss the Complaint. Specifically, the articles attached to this Affidavit are meant to support the Defendants' argument that the Plaintiffs are public figures for purposes of their defamation claim.

3.      Attached hereto as Exhibit A is a true and correct copy of an article *Five Golden Rules to Eating for Extreme Muscle Size* written by Carlon Colker, M.D., F.A.C.N., published by Muscle & Fitness, which is also available at Extreme Eats - Muscle & Fitness.

4.      Attached hereto as Exhibit B is a true and correct copy of an article *Get Your Head in the Game* written by Carlon Colker, M.D., F.A.C.N., published by Muscle & Fitness, which is also available at Get Your Head in the Game - Muscle & Fitness.

5.      Attached hereto as Exhibit C is a true and correct copy of the article *Meet Carlon Colker, the Personal Health Guru Behind Kristaps Porzingis,* published on or about January 25, 2018 by Vice, which is also available at https://www.vice.com/en/article/meet-carlon-colker-the-personal-health-guru-behind-kristaps-porzingis/.

6.      Attached hereto as Exhibit D is a true and correct copy of the press release from Peak Wellness, *Unlocking The Secrets Of A Celebrity Body With Bieber's Dietary Guru,* published on or about August 10, 2016 by MTV News, which is also available at https://medium.com/mtvnews/unlocking-the-secrets-of-a-celebrity-body-with-biebers-dietary-guru-143696baa997.

7.      Attached hereto as Exhibit E is a true and correct copy of an article *Piven's Doc: If You See Him Eating Seafood, Call My Office,* published by ABC News, dated December 18, 2008, which is also available at Piven's Doc: If You See Him Eating Seafood, Call My Office - ABC News.

8.      Attached hereto as Exhibit F is a true and correct copy of an article *Meet the muscle-bound doctor Kristaps Porzingis is counting on to keep him on the court*, published by the Daily News, dated April 6, 2018, which is also available at Meet the muscle-bound doctor Kristaps Porzingis is counting on to keep him on the court – New York Daily News.

9.      Attached as Exhibit G is a true and correct copy of a printout from Amazon listing the books written by Carlon Colker, which is also available at https://www.amazon.com/Books-Carlon-Colker/s?rh=n%3A283155%2Cp_27%3ACarlon%2BColker.



_____
Timothy Gondek


STATE OF CONNECTICUT      )
                            ) ss: **HARTFORD**

COUNTY OF HARTFORD      )


      Then and there personally appeared Timothy Gondek who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority on this **2** day of **September**, 2025.




_____
Notary Public

**TARA BATEMAN**
Notary Public, State of Connecticut
My Commission Expires October 31, 2030

4

# Exhibit A

# EXTREME EATS

Five Golden Rules to Eating for Extreme Muscle Size.

By **Carlon Colker, M.D. , F.A.C.N.**



For those who just want to get down to business, cut to the chase, and build muscle, **the world of bodybuilding nutrition can be a daunting place.**

Even with the greatest dietary supplements, pre-workout elixirs, hormone boosters, pump enhancers, and secret formulas that promise the world, absolutely nothing will ever substitute for proper eating. When it comes to building extreme muscle, there are some fundamental rules I teach. Here's a sample of five rules I consider golden.

## 1. Eat Frequently

If extreme muscle building was all about what you eat and not when you eat it, then bodybuilding for serious brawn would be easy and you could get it all out of the way with one big meal each day. Just eat half a cow and your



One of the biggest mistakes a bodybuilder who wants massive muscles can make is to ignore this fact in favor of narrowly focusing on protein quality at the neglect of what I call "meal cadence." This term refers to the rhythmic frequency of meals throughout the day needed to build muscle. Poor meal cadence means having long stretches of little or no food intake and then trying to make up for it by shoving down extra food. As I always say, you should eat because it is feeding time, not because you are starving. If you're starving, you'll stuff. Proper eating for big muscle building requires that the metabolism is calm, relaxed, and taken care of. This is achieved by dividing meals into many smaller portions separated by no more than a couple of hours, as opposed to one or two large meals separated by more than three hours. *To be more precise, having four to as many as 10 small meals each day is far more effective for building lean muscle than taking in the same exact calories and food content but divided over only one to three meals each day.*

Good meal frequency allows you to spread out your protein intake throughout the day, thus optimizing its absorption. Poor meal frequency invariably means that you'll be excessively hungry at one or more meals and risk overstuffing, which a bodybuilder should absolutely, positively never do. Being stuffed not only crushes your appetite, but it also bloats the belly. Bloating reduces the propensity of your body to absorb vital nutrients and increases its tendency to store what it perceives as excess calories as body fat. In this way, if you take too long to feed yourself, the body tends to gorge on food and slam the breaks on the metabolism. As a result, the same calories that were supposed to be used for building muscle and to provide your body with energy are instead quickly stored as fat, leaving you tired and listless. Using smaller, more frequent, and well-spaced meals throughout the day is the best way to keep the metabolism calm and focused on anabolism (muscle building).

I've found that a male bodybuilder wanting to gain mass should space his meals no more than three hours apart. This way, long stretches lacking



relatively large meal should be breakfast. After that, all the meals should be small and include not only solid foods but also protein shakes.

## 2. Follow Proper Protein Intake

Bodybuilding is really the result of body destruction in the gym, with the building coming in the form of muscle repair. Dietary protein is critical in order to repair muscles and make them bigger. The human body needs the so-called "complete" proteins because they contain all the essential amino acids. These specific essential aminos are found in the richest concentration in animal meat and animal products. So bodybuilders need animal protein throughout the day as part of their frequent feeds. As such, bodybuilders are very susceptible to protein depletion because they are trying to gain an almost "unnatural" and disproportionate degree of muscle, all while keeping down their body fat. Although an average 30-year-old male may not even need one gram per kilogram of body weight per day, a serious bodybuilder may need double or even triple that amount depending on his size, intensity of training, and a number of other factors.

*Applying this knowledge to my model of a good bodybuilding meal cadence, we come out with a general rule of roughly 20–30 grams of protein every two to three waking hours.* When it comes to protein intake for extreme mass building, another key point to keep in mind is not to overdo it. Too much of a good thing is a bad thing. As I pointed out, a good meal cadence is critical and you should never be starving, but there will be rare occasions when the very thought of eating another protein meal actually sickens you. When times like this strike, the key is to listen to your body and not push it. Instead of obsessing about losing muscle, back off the meal or you really will become somewhat catabolic. What I mean is to just skip the rare protein meal your body tells you is too much. Don't fear that you will lose ground. All that will



On the other hand, if you don't listen to your body and instead force-feed yourself, you will be stimulating a catabolic response resulting in physiologic retribution in the form of muscle breakdown and fat gain. So again the rule is to carefully honor the two- to three-hour protein meal cadence while being sensitive to those times when your body is not cooperating and wants a brief break.

### 3. Create a Fibrous Foundation

Fiber is crucial for good health and a strong body, especially critical when you are eating a ton of protein in an attempt to pile on lean muscle. In truth, most bodybuilding diets are too low in fiber because of the age-old bodybuilding propensity to avoid vegetables because they tend to believe that this "sissy" food isn't providing them with anything worth the time it takes to eat it. Of course this is not correct.

Fiber provides the bodybuilder with several key benefits, the most important of which is the prevention of constipation by providing bulk to the stool. This is an important point because so many bodybuilders that have a high-protein and low-residue diet are plagued with problems like constipation and hemorrhoids. The fact is that high-protein diets are, by themselves, constipating. It might seem strange to write about it with such candor, but it is the truth and a very important warning for bodybuilders. That's because a constipated bodybuilder has a slowed metabolism, which is bad for absorption and utilization of nutrients, and is the exact opposite state that a bodybuilder strives for.

Constipation leaves a bodybuilder feeling slow, gaseous, and sluggish. Trying to train like that is almost counterproductive. Luckily, fiber can save the day. I



are known as insoluble fibers. They include leafy greens and other salad-like veggies. The insoluble fibers have the advantage of being relatively low in carbohydrates while having the added advantage of providing the body with many essential minerals and nutritive phytochemicals. Diets rich in these bulk fibers help to speed fecal matter through the colon. As a result, they help prevent colitis and hemorrhoids.

There are also soluble fibers, like oatmeal. Soluble fibers speed up transit time through the colon as well but do tend to have a slightly higher carbohydrate content. Soluble fibers can also have the added advantage of helping to lower blood cholesterol levels. Of course, if all this fiber talk scares you, you can always turn to something like natural psyllium in the form of a powdered dietary supplement. Either way, just see to it that fiber works its way into your diet in some natural form.



## 4. Maintain Critical Mass Hydration

I believe water is the most neglected of all critical nutrients. A healthy adult is more than 50% water, which makes it the most abundant substance in the body. So water is even more essential to the bodybuilder than all the protein taken in. If we look at our body composition as a model for what we should consume, then it should be clear that water should outweigh most other things you ingest. Because a healthy body is made up of more than half water,



From a bodybuilding and health standpoint, the standard bodybuilding diet tends to be very acidifying due to the high protein and low residue. If you add to that a low water intake, the result can be painful kidney stones. I've seen it all too much in bodybuilders and fitness fanatics that lack adequate hydration. In my experience as a physician, the worst of these guys tend to be coffee drinkers as well. Perhaps that's because caffeine is a mild diuretic and may work to dehydrate their bodies even faster. But proper hydration is absolutely critical to muscle growth because, while protein may be the most common structural component, lean muscle truly and shockingly contains mostly water. This explains why, when the body dehydrates, the muscles quickly flatten.

From a dietary standpoint, the body cannot be expected to freely enter into an anabolic muscle-building state on the backdrop of poor hydration. There is just no way all that protein you are taking in is going to be put to use and piled onto your biceps without a good prerequisite hydration status. Think about it like a priority list. You want your body to build muscle, but your body won't budge until it gets a few glasses of water first. Guess who's going to win that argument?

## 5. Satisfy Essential Fat Requirement

Almost any seasoned muscle builder knows that he has to take in liberal amounts of protein to build muscle while keeping carbohydrate intake in check in order for those gains to be lean and rock hard. But the mistake I've found far too many of those same experienced guys making is neglecting fat intake, just as the average person does.

I remember the days when I trained with Lee Labrada. There honestly was a time when Labrada was one of the very best bodybuilders on the planet,



just lacked extreme mass. Labrada was small in stature, so gaining more mass would have been critical to get to this next level. But he just couldn't put it on. He and I discussed a lot about diet back then, and I always argued with him that his diet was way too low in fat to gain big muscle. He was a proponent of eliminating as much fat from the diet as possible. I could not have disagreed with him more. But to his credit, albeit too late to topple Haney, Labrada finally acknowledged that he felt I was right. Many years later, through his dietary supplement company, Labrada Nutrition, he has become a full fat convert with products like EFA Gold and many others.

The concept I want you to understand is that dietary fat is not only critical to overall health but also a key component of extreme muscle growth that rivals dietary protein in importance. Of course, getting the right kind of fats is key too. Just as protein is made up of some "essential" amino acids (building blocks that the body must obtain from the diet), certain fats are also "essential" fatty acids. Essential fatty acids (EFAs) cannot be made by the body from other substances and thus must be ingested to satisfy this dietary need. For muscle building, while protein in the form of the essential amino acids may be your best anabolic macronutrient, EFAs may be your best anticatabolic macronutrient.

In summary, when it comes to building lean muscle mass, there are many other dietary concepts worth understanding. But for those embarking on the bodybuilding road, following these five golden rules will give you the strongest start. For those more seasoned, I still suggest taking a moment and checking all five to make sure you are not coming up short on any one of them. No matter how much you know, try to check your ego at the door and be as objective as possible when self-assessing. I periodically do it myself. You might just find one or more are not incorporated as well as you thought they were and are therefore holding back your gains. Make the needed changes and get back on course.



concept applies to your own body, you get older and your body changes. So adjustments must be made. But the one thing you can count on is that my five golden dietary rules are fundamental methods to follow throughout your bodybuilding endeavors.

*The latest edition of Dr. Colker's book, Extreme Muscle Enhancement: Bodybuilding's Most Powerful Techniques is available online at amazon.com. MYO-t12 is available at myot12.com. In addition, if you have a question for Dr. Colker, feel free to e-mail us!*



WRITTEN BY
**Carlon Colker, M.D. , F.A.C.N.**

## RELATED ARTICLES



WORKOUT ROUTINES

**Build Full-Body Strength in Just 15 Minutes With This Two-Move Dumbbell ...**



PRO TIPS

**Chelsea Green's Road Warrior Workout for Basic Gyms**

# STAY UP TO DATE

Sign up below to receive our newest workout routines, recipes, news stories, and offers from our partners



Contact Us
Terms of Use
Privacy Policy
Cookie Policy
Accessibility Statement

JW Media, LLC

Copyright 2025 JW Media, LLC, parent company of Muscle & Fitness. All rights reserved.

# Exhibit B



# GET YOUR HEAD IN THE GAME

Neuro-Hormonal Modulation for Extreme Muscle Growth Part I: The Serotonergic and Dopaminergic Systems

By **Carlon Colker, M.D. , F.A.C.N.**



Gaining muscle doesn't come easy. In bodybuilding, physique greatness is only born out of intense, gut-busting weight training; smart and consistent dieting; and proper rest. It's a lifestyle that doesn't end when we walk out of the gym. The life of a bodybuilder follows us through every facet of our existence. If we fail to train with intensity, if our body does not get the right nutrients we need, or if we don't rest enough, we'll fall short and progress stalls indefinitely or slips until these matters are corrected. Sometimes we work so hard to get these elements right, yet still something is wrong.

Over the years I've seen countless would-be bodybuilding men and women who set aside plenty of time to train hard and go to the gym with all the

intention in the world to work hard. Yet when they get their hands on the bar, they simply lack the motivation to chop the proverbial wood they need to build the fire. They look sluggish, lazy, and even a little distracted. They don't really pump. They don't sweat. They don't breath heavily. I've seen men and women alike spend oodles of cash on every dietary supplement they can think of, carefully map out and plan their meals, carry chicken breasts everywhere in those plastic containers so they never miss a meal, and even haul around gallons of distilled holy water everywhere they go even when it's not contest time. Yet their muscles look flat. Their faces look sad and a little depressed.

I've seen these same minions set aside dusk until late morning to sleep and even square away additional nap time in hopes it will help make their muscles grow. Yet these same herd animals following the hooves of those in front of them can't get to sleep half the time, and when they finally do, they wake up and suffer from more insomnia. They end up awake half the night. Dawn hits and they are exactly what they strived so hard not to be: exhausted. It seems there is something else at play—and there is...

Perhaps Deborah Blum said it best in her *Psychology Today* article "The Plunge of Pleasure" when she referred to serotonin as the "Zen-master among neurotransmitters" and dopamine as "Pollyanna, responsible for the highs of infatuation, new love, joy, self-confidence, and motivation."(1)

Blum's key point to understand is that we need both influences. Mirroring the significance of the parasympathetic and sympathetic neurotransmitter systems in the body, this neuro-hormonal modulatory interplay between serotonergic and dopaminergic systems orchestrates our psychological outlook, daily conduct, and physiologic function.(2)

Interestingly, serotonin is a neurotransmitter that is not found mainly in the brain. In fact up to 90% of serotonin is produced and found in the gastrointestinal tract. So when serotonin levels are too low, not only do we see central side effects like depression, anxiety, sleep disorders, and

headaches (migraines), but we also see peripheral manifestations like gastrointestinal problems, fat gain, and malabsorption.(3)

Unlike serotonin, dopamine is a neurotransmitter that is primarily found in the brain and regulates behavior, attention, and learning. Low dopamine levels can have a profound effect on motivation and mood. Dopamine helps with an overall sense of well-being and mental performance. Beyond classic Parkinson's disease, medical conditions associated with low dopamine levels include depression and social phobia.(3)

Pertinent to the bodybuilder looking to put on lean muscle, dopamine also indirectly stimulates the production and release of growth hormone (GH). Proper GH hormone levels are obviously critical to bodybuilding progress. Dopamine achieves this by inhibiting another hormone called "somatostatin." Somatostatin is an inhibitor of pituitary GH secretion because it blocks growth-hormone releasing hormone (GHRH) from the hypothalamus. In much the same way as a product like MYO-T12 inhibits myostatin (the major serum muscle growth inhibitor), dopamine inhibits somatostatin (a major GH inhibitor).(4)

But it's not just about having huge amounts of both these hormones. They exist in balance. In some ways they oppose each other, and in other ways they complement. It's sort of the yin and yang of the body. It's interplay, a harmony. Dysfunctional interactions can occur between the serotonergic and dopaminergic systems in the areas of the brain that govern impulsive control and aggression. For example, too little serotonin with too much dopamine may predispose individuals to uncontrolled impulsive aggression.(5)

They key for the bodybuilder is to generally understand these neuro-hormonal systems and why you must provide the natural backdrop to foster a healthy balance between serotonin and dopamine so that they may operate in complementary fashion.

In real-world terms, let's look at some dietary considerations for the bodybuilder. It is old news that the key to a chiseled physique is to radically reduce and meter carbohydrate intake. But cut too much and you'll disturb the neuro-hormonal balance. The so called "ketogenic diet" is still all the rage. This diet emerged a century ago as a treatment for childhood epilepsy.(6)

In more modern times, medical text- books devoted to ketogenic dieting—the work of my old friend Bob Atkins, M.D., and the more recent popularization and perpetuation by modern bodybuilding— have kept this approach very much in vogue.(7) The problem with the ketogenic approach is mostly compliance, since not many can stay on it for long periods of time. For those who can, neuro-hormonal problems may arise when the body is provided no carbohydrate whatsoever. Specifically, serotonin levels may flatline.

That's not to say that everyone should go carb crazy. In fact, it's still the opposite. Carbohydrates are the dietary bane of our existence. The key is to understand that it does not take much in the way of carbohydrates to satisfy this balance. In fact, it takes very small, almost negligible amounts to right the ship. It's enough to simply have what I call incidental carbohydrates. These are most certainly not carbohydrate-based foods like sugary sweets, fruits, bread, rice, or the starchy foods like potatoes or corn. Rather, I'm speaking of vegetables. These are fiber-based roughage foods that contain a small and reasonable amount of incidental carbohydrates, plus they provide the body with a plethora of other nutrients like minerals. Some foods higher in carbohydrates, like natural oats or quinoa, when consumed in moderation and strictly in the morning or early part of the day, can also more than adequately support serotonergic system while providing other health benefits.

The discussion of the ketogenic diet provides an interesting introduction to the concept of the diet affecting dopamine levels. As I described, over the long term, this approach takes its toll on serotonin levels. But when, in the ketogenic diet, one adds in the high amounts of saturated fat, dopamine takes a beating as well. Atkins used to push the idea that you could pretty much have as many bacon double cheeseburgers as you wanted, as long as you

didn't have the buns. Herein lies the problem. Research presented at the 2010 Annual Meeting of the Society for the Study of Ingestive Behavior suggested that excess fat intake is associated with depressed levels of dopamine in lab animals.(8) The take-home message here is to avoid consuming excess amounts of unhealthy fats. Instead focus on higher amounts of the essential fatty acids. Also problematic for dopamine levels are foods high in processed sugar and overly refined foods.

On a more proactive front, there are specific foods that you can incorporate into the diet to support and even bolster healthy dopamine levels. The essential amino acid tyrosine can be converted in the brain to dopamine, so foods rich in tyrosine can be helpful. I tend to favor foods that have a high healthy-fat content and a low-carbohydrate profile, such as raw almonds and avocados, as well as pumpkin and sesame seeds.(9) Some carbohydrate-based foods—fruits, such as bananas, and some types of beans— offer substantial amounts of tyrosine, but they contain quite a bit of non-incidental carbohydrate calories, which I tend to avoid.

Of course, both the serotonergic and dopaminergic systems can be more aggressively manipulated with prescriptive medications as well as dietary supplements. Next month, I will cover both pharmaceutical and non-pharmaceutical substances that can specifically promote these systems.

**References:** 1) D. Blum, *Psychology Today,* Sept. 1997. 2) L. Keltikangas-Järvinen et al., *Scand L Psychol.,* 50(6):574–82, 2009. 3) M. Knouff, *eHow.com.* 4) M.L. Vance et al., *J Clin Endocrinol Metab.,* 64(6): 1136–41, 1987. 5) S. Dongju et al., *Aggress Violent Beh.,13(5),* 383–95, 2008. 6) C.J. Barborka, *JAMA,* 91(2):73–78, 1928. 7) J.W. Wheless, *http://www.naturaleater.com /Science-articles/History-ketogenic-diet.pdf.* 8) J.J. Cone et al., *Science Daily,* July 13, 2010. 9) *Integrative Psychiatry,* integrativepsychiatry.net/dopamine.html.



WRITTEN BY
**Carlon Colker, M.D. , F.A.C.N.**

### RELATED ARTICLES



NEWS

**Hot Tub vs. Sauna: Which is Better for Immunity?**



SHOULDER EXERCISES

**Top 12 Front Delt Moves for Building Wider Shoulders**

SUBSCRIBE

---

Contact Us
Terms of Use
Privacy Policy
Cookie Policy
Accessibility Statement

JW Media, LLC

Copyright 2025 JW Media, LLC, parent company of Muscle & Fitness. All rights reserved.

# Exhibit C

Login / Sign Up        + ENGLISH

NEWSLETTERS

Sports

# Meet Carlon Colker, the Personal Health Guru Behind Kristaps Porzingis

By Robert Silverman                          January 25, 2018, 10:38am



Share:

Sometimes, Dr. Carlon Colker says he ponders genuflecting in front of the squat rack. That's his word, too—genuflecting.

"I approach it with a religious fervor," he says. He's kidding. But also he isn't. A quasi-beatific and yet winking grin spreads then fades.

## VIDEOS BY VICE



Colker—52, tanned, bursting with optimism and immaculately bald—is the founder and medical director of Peak Wellness, a healthcare and wellness facility in Greenwich, Connecticut. A former competitive bodybuilder, powerlifter, and mixed martial arts fighter turned M.D., FACN, nutritionist, author, diet inventor, and personal trainer to stars and non-stars alike, Colker's frame is bursting with comic book-sized muscles. He looks like the actual peak of wellness.

Seated in an examination room, he downshifts into a serious unpacking of the careful mechanics of the squat and why it's central to the strength and conditioning sessions he's conducted with his prized client, the New York Knicks' burgeoning star, Kristaps Porzingis.



They've worked hand in glove starting at the end of last season, and Colker traveled all the way to Latvia this summer to train Porzingis while he was playing for the national team. The relationship continues to this day. Even if they can't carve out time to meet, Colker says they talk frequently, and get together at least once a week.

Porzingis is the latest in a string of celebrity clients for Colker, and the workout room at Peak Wellness bears witness to the span of his career. Movie posters featuring stars who Colker has helped get buff and game-worn jerseys adorn the

white and taupe walls. There are MMA gloves worn by ex-champs, a racquet used by Andre Agassi when he won the French Open, and on a plexiglass-encased pedestal, an autographed pair of <u>Shaquille O'Neal's size 22 sneakers</u>. (Colker <u>co-starred with Shaq</u> on a short-lived reality tv show fighting childhood obesity.)





KRISTAPS PORZINGIS SQUATTED BEFORE GOING UP FOR THIS JUMPER. PHOTO: CHRIS NICOLL–USA TODAY SPORTS.

Still, why would Porzingis, who has the full attention and resources of a billion-dollar franchise invested in his well-being, turn to his very own personal, non-team affiliated guru? Especially one who, like Colker, has performed studies at the behest of ephedra-based supplement manufacturers (a substance banned by every major sporting body), has been named in multiple lawsuits, and once found himself in the middle of a scandal involving Jeremy Piven, sushi, and a Broadway revival of a David Mamet production?

If you spend a little time with Colker, it's easy to see why Porzingis might believe in him and his workout regimen. Spend a little more, and you might believe too.

The reason Porzingis sought help outside the Knicks organization is fairly obvious. Porzingis has dealt with New York's near-constant turmoil in its coaching and front office ranks since he was drafted in 2015. The relationship seemed to reach its nadir after he ditched what would turn out to be his final exit interview with Phil Jackson, reportedly in response to yet another cycle of Knicksian chaos and dysfunction. Meanwhile, Jackson pondered trade offers leading up to the 2017 NBA draft. After Jackson was summarily canned, Porzingis still spent part of the offseason dodging text messages from his head coach.

Further, the chief concern pre-draft regarding Porzingis was whether his spindly frame would be able to withstand the rigors of an NBA season or if he'd get tossed around like a sublimely skilled version of a wacky inflatable tube man. As Jackson himself fretted in August 2015, unless Porzingis developed the necessary core strength, maybe he'd peak at Shawn Bradley 2.0.

Then there are the nagging injuries that had caused Porzings to miss ten and then 17 games over the past two seasons. All of this meant Porzingis needed to get stronger, and that's how, with a helpful assist from his brother-slash-agent, Janis, he wound up at Colker's door. In a short amount of time, like Justin Bieber, who called Colker a "genius," Porzingis has completely bought in.

In a recent interview with the *New York Daily News*, Porzingis positively gushed: "[Colker] knows what I need all the time — when I'm tired, when I'm not, whenever." When a lingering shoulder injury healed shortly after they began working together, it was all the proof Porzingis needed, "I gained so much trust in him," he said.

According to Colker, the goal wasn't just to untangle the ongoing health issues, but to create a stronger foundation and a more powerful core. What he does, Colker said, is to "Make their bodies better, stronger, more flexible, balanced. More rugged, if you will."

The prescription was lots of Colker's prized squats. "The squat to me, is the single most valuable thing I do for my athletes, and for myself," Colker said.

In June and July, Porzingis would post brief clips of his time in the gym with Colker, where he could be seen grinding through a set or two of squats. Colker explains that when working with a client, he'll often start unburdened and then slowly begin to add weight to ensure that the proper technique is locked in, a process that is carefully monitored and supervised.

The other key factor is rest. The grind of an 82-game NBA regular season makes it a difficult mandate to enforce, even without the extended slog through the playoffs. "It's a beating the body takes," Colker said. "I'm very big on rest."

Some of the results are plainly evident. Porzingis's increased strength has unleashed his most obvious advantage: He's really, really tall and can still get off a good shot over a defender that's draped all over him. December and January swoon notwithstanding, Porzingis is far surpassing the inconsistent glimpses of unicorn-like dominance he displayed in his first two seasons.

Colker says that yes, some trainers have questioned the value of squats, but he remains ur-confident that he possesses both the skills and commitment to safety to make it work for him. He told the *Daily News* that others have scoffed at his "unique" methods, because they can't stand someone who won't toe the party line.

"When one lone beast raises his head to take stock of a situation, turns and goes a different direction, it draws the ire of the herd," Colker told the paper.



WHERE THE MAGIC HAPPENS. PHOTO: ROBERT SILVERMAN

But are his methods actually all that controversial? I spoke with three strength and conditioning professionals, showing them the brief clips that Porzingis had made public and sharing the contents of the *Daily News* article. They all stressed that it was impossible to make a complete assessment without a first-hand look at what Colker was doing. Still, while some said they'd go about training Porzingis in a different way than Colker, nothing they saw in the videos looked like it was contraindicated or in any way damaging to Porzingis.



Mike Fantigrassi, the director of services for the National Academy of Sports Medicine, said that when it comes to weight training and exercise, all reputable and qualified trainers are working within the same basic principles.

"The reality is that with weight training and exercise, there's really nothing that anyone's discovered at this point that someone hasn't tried or done before," he said. "I sincerely doubt that there's something that [Colker]'s doing that no one else is doing out there."

Some personal trainers will claim otherwise, even if it isn't so. One way to package and sell the work is to maintain an air of secrecy and, oddly enough, to claim an element of danger or that the rest of the strength and conditioning world is railing against their "radical" methods.

"That's snake oil 101," Dr. Tim Kremcheck, who has served as the chief orthopedist and medical director for the Cincinnati Reds for 24 years, told me. "That's all that is. The mystery and even the danger is part of the sales pitch." It's a marketing pitch recognizable to anyone who's stumbled upon a "The One Weird Trick That Doctors Don't Want You To Know" ad or "Trainers Hate Him" supplement-hawking site.



DR. COLKER AWAY FROM THE SQUAT RACK. PHOTO: WIKI COMMONS USER <u>JENFIT001</u>

It's possible, Dr. Kremchek said, that Colker may have uncovered some miraculous heretofore-unseen methodology, but the odds are against it. Overall, the lack of supervision means that personal trainers should be viewed as "very, very dangerous."

Dr. Kremcheck is highly critical of personal trainers, dismissing them as little more than "used car salesmen" who play to the ego of the athlete, promising both exclusivity and miracle results, even if that advice often runs counter to what the team is prescribing. They don't have the best interests of the athlete in mind. Rather, the goal is to ingratiate themselves into the athlete's inner circle and remain on the payroll, by hook or by crook, all while brandishing their association with Famous Athlete X as a validation of their work. "It's a very, very vicious, ugly program," he said.

Take Tom Brady's infamous trainer, Alex Guerrero, who Boston Magazine called a "glorified snake oil salesman." He once claimed he could cure cancer, and has been sued twice for fraud. Per a recent ESPN report, the Guerrero-Brady relationship has caused a serious rift in the locker room, causing the Patriots to erect a firewall between him and the team. According to one staffer, the devotion that Brady and some of his fellow Patriots have to Guerrero functions "like a cult."

Guerrero may not be the best advertisement for quality medical care or honest business practices, but his relationship with Brady speaks to the potential benefits of a deep trust between athletes and trainers.

Andy Barr, the founder of Innovate Performance, has trained with a slew of NBA All-Stars over the years, and was working with the New York Knicks as Director of Performance and Rehabilitation when they drafted Porzingis. He said that as long as no harm is being done, you can't dismiss the value created when an athlete buys into a program. "I would never disregard what a player feels from a trust value with another practitioner," said Barr.

Fantigrassi agreed. A client who buys in 100 percent will see positive results, regardless of whether a trainer is offering little more than standard, industry-approved exercises. "[Colker's] just getting very good compliance from his client," he said. "And that's going to produce… Compliance is huge."

---

Colker does not have the shady past or shady methods of a Guerrero, but he does have a few red flags. In 2008, he made the media rounds defending his patient, Jeremy Piven, who had pulled out of a production of *Speed the Plow*, claiming that he'd eaten so much sushi he'd contracted mercury poisoning. (The prevailing sentiment was that Piven's exhaustion and inability to perform were the result of his excessive post-show evening activities and not his excessive meals at Nobu.)

He was also cited in <u>multiple lawsuits</u> concerning ephedra-based dietary supplements. In one such class-action lawsuit, it was alleged that Colker had fudged the result of a clinical study he performed on Xenadrine-EFX while he had been employed by the manufacturer. Though Colker denied that he produced falsified results, the presiding judge found him "<u>not credible</u>." In 2003, the overuse of ephedra <u>contributed to the death</u> of Baltimore Orioles pitcher Steven Bechler, according to the autopsy. He'd had a bottle of Xenadrine crammed in his locker. Multiple NFL players also <u>suffered premature deaths</u> in the early 2000s, though coroners did not specifically blame ephedra.

In response, Colker repeated what he'd <u>told *Entertainment Weekly* at the time</u>: Piven was shown to have mercury in his bloodstream levels six times higher than normal, and he had the medical tests to prove it. When it comes to the lawsuits, he says he was never found personally liable, maintains that he never altered the results, and insists that if prescribed and ingested properly, ephedra has legitimate medical uses. All <u>four major U.S. pro sports leagues</u>, the <u>NCAA</u>, and the <u>USADA</u> have banned the use of ephedra and its derivative alkaloid, ephedrine.

So what makes celebrities and athletes like Porzingis turn to Colker? It's as simple as this: they believe him. Beyond any questions about his training methods, what's undeniable is that Colker is a great motivator and celebrity-whisperer, the kind who can make people like Porzingis *think* they are getting the best care. And

yet, if he gets results, well, should that be discounted? As Fantigrassi said, "Compliance is huge."



THIS PHOTO OF PORZINGIS WAS TAKEN BEFORE HE BEGAN HIS WORK WITH DR. COLKER. PHOTO: ROBERT SILVERMAN

As to how he builds that trust, Colker offers something that his clients—celebrity or not—need.

"I consider every one of my patients to be, at the very least, friends, some better than others," he said in an <u>interview with MTV</u>. "They're family." Colker is aware that attitude doesn't jibe with the "conventional wisdom" when it comes to patients and doctors, he said. "But I believe that conventional wisdom is flawed if you can get in touch with your heart."

It's true. Or at least true in the sense that he probably does treat his clients like they were a blood relative. The overall impression I got was that, for an hour at least, nothing in the world was of greater importance and interest than our conversation. At one point, he told me I came across as very knowledgeable and in another he complimented my ability to recall an obscure Chicago Bears quarterback from the early 80s. But it didn't read like flattery; it felt as if these were honest responses he had and he wanted to share them.

If it all was some kind of act—an appealing character Colker has cobbled together to snag clients and butter me up—I didn't see the mask slip. Not once. Not even when he brought me in for a musclebound bear hug as I was leaving.

More to the point, I get why Porzingis might feel the same way after many more hours spent in his company, regardless of the fact that his injury-prone tendencies haven't abated in 2018 and he's been complaining about exhaustion of late. If you are a famous person, think how alluring Colker's combination of concern and warmth and disarming humility would be. You're invariably going to be besieged by all manner of grifters and hangers-on. Here, you stumble upon someone that really *cares*. Someone who cares about you and wants nothing more than to help you succeed. If the results, like Porzingis's increased strength and improved performance, are there for all to see, how could you not buy in?

At one point I tried to drill down on the faith his clients have in him, and how that might relate to the ample studies which show that the placebo effect is very much a real thing. Colker, citing his 22 years of experience, said "It's very real what I do." But he also said that he knows belief does play a "huge part" in aiding the recovery and healing process. It's a question Colker explores when working with residents, even if he can't quantify it.

"How much is their belief in you and getting them open to healing and getting them in a good place mentally and spiritually?" he asked.

"Is it five percent? Is it eight percent? Is it 18 percent? Or is it 75 percent? I don't know. But I know this much: It can't all be me. It cannot."

LOGIN / SIGN UP

MANAGE PRIVACY OPTIONS

© 2025 VICE DIGITAL PUBLISHING, LLC

# Exhibit D



MTV News

# Unlocking The Secrets Of A Celebrity Body With Bieber's Dietary Guru

Tips, tricks, and protein powder from Dr. Colker, the guy who helped Bradley Cooper get swole for American Sniper

MTV News Staff  Follow  11 min read · Aug 10, 2016



By Rachel Handler (MTV.com|Twitter)



*Who is Justin Bieber's doctor? Who tells Emma Roberts her future? Who spray-tans Britney Spears? Welcome to the fourth installment of "…To the Stars," the series that explores the world of celebrity services.*

One bright Wednesday morning in July, I arrive at Grand Central Station with the intention of heading to Greenwich, Connecticut, to interview Justin Bieber's doctor. Despite getting to the station almost an hour early, I nearly miss my train because I spill an entire glass of water on myself while standing in line for my ticket, and a stranger who reveals himself to be a lawyer tells me I have to stand by the small lake I have created until it's mopped up in case it kills somebody — a death for which I alone will be legally responsible. Fortunately, no one dies, and I board the train with a clean conscience.

As we approach Connecticut, my phone rings. It is Justin Bieber's doctor's office. "Hi, Rachel," says Justin Bieber's doctor's receptionist, Libby. "Dr. Colker wants to let you know he's running a bit late. He just came from seeing Justin Bieber on tour."

If you, like me, have loosely followed the internet for the past 10 or 15 years, Justin Bieber's doctor, Carlon Colker, will likely not be unfamiliar to you. Dr. Colker was most recently described to GQ by Justin Bieber as "a genius," "a physician," and "a bodybuilder" who provided him with "natural sleep aids" to curb his Adderall-induced anxiety. Dr. Colker is the man who gave credence to Jeremy Piven's infamous sushi overdose. Dr. Colker helped Bradley Cooper become an American Sniper. Dr. Colker has enjoyed a decades-long professional and personal relationship with Shaq, whom he helped get back in shape and with whom he appeared on *Shaq's Big Challenge*, a reality show about obese Floridian children. Though Dr. Colker, 51, has retired from the bodybuilding circuit, the practice remains a passion of his — he's written a weight-loss guide called *The Greenwich Diet* and promoted several bodybuilding-related health supplements over the course of his career.

When I arrive at Peak Wellness, which is the name of Dr. Colker's office, Libby explains to me that Dr. Colker had not merely attended Justin Bieber's show, but actually accompanied Justin Bieber on the last portion of his U.S. tour. I make a note to ask 400 questions about this. In the meantime, I explore the Peak Wellness office. Here is an abridged list of the things that decorate its walls:

• A shelf stacked with copies of *The Greenwich Diet*; multiple bodybuilding supplements, including Colker's own protein powder, Doc's Whey (more on

this later); and a novella-length book titled *Dr. Colker's 5-Day Intensive for 8-Pack Abdominals.*

• An *Ant-Man* poster with an inscription that reads, "Carlon, thanks for making me look so huge. Paul Rudd."

• An *American Sniper* poster that reads, "Dr. C, to the man who guided me through it all, thanks for everything. Ur the best! Bradley Cooper."

• A photo of Shaq signed, "Love you."

• Another poster of Shaq signed, "You are the true healing man."

• An *Entourage* poster with an inscription from Jeremy Piven: "Dr C you changed my life thank you."

• A *The Goods: Live Hard, Sell Hard* (?) poster with an inscription from Jeremy Piven: "Dr C thank you for your guidance, you are da mang!! It is all because of you my friend."

I wait for Dr. Colker for one hour, which is fine, considering the glut of signed paraphernalia for me to take in. While I am studying a poster of *The Hangover* illegibly autographed by Cooper ("the coolest [??] life saver! All the best!"), Dr. Colker arrives in a gust of potent cologne. He is visibly exhausted from his whirlwind tour with Bieber; his staff greet him with cheers of "Back from the dead!" More significantly, he is gigantic. His head — completely bald, completely round — is dwarfed in size only by his arms, which look like they could inadvertently knock an airplane out of the sky. I am certain that if I accidentally bump into his rock-solid chest, I will shatter into a thousand pieces.

"OK, Ray Ray!" he says by way of greeting.

"No one has ever called me that," I reply.

"Great!" he says.

I follow him into his office.

Unsure of how much time I have with Dr. Colker (it turns out to be a generous two hours), I get right to the point, asking about what, exactly, he was doing on Justin Bieber's tour. "I'm Justin's personal physician, and I accompanied him at the last leg of the U.S. tour, basically just to keep him healthy, keep his body healthy and strong," he says. "The tour is very physically demanding. Have you seen it?" I quickly learn that one of Dr. Colker's favorite things is to begin telling me about something relatively cost-prohibitive, then interrupt himself to ask me if I've ever done it. I tell him I have not seen the tour.

When I ask him for further details on his work with Bieber — what kind of training do they do together? Can he show me one of Justin's workout routines? — he shuts me down, because I am apparently asking illegal questions. "I can't go into specific routines due to the constraints of doctor-patient privilege. But I'm an MD, I do what physicians do. I specialize in internal medicine and sports medicine and nutrition, so those elements all came into it." Dr. Colker is similarly opaque about his other celebrity patients: Bradley Cooper is "an incredible actor who is very committed to his craft"; Colker and Shaq were "joined at the hip through the couple months in the summer I had to get him in shape."

I decide to go a different route, asking Dr. Colker why he thinks so many celebrities flock to him. "Entertainers come to me," he says. "They just come to me." I press him on this — why him, especially when it takes a perilous (for me) train ride to get all the way out here from the city? Dr. Colker considers this, his arm perched on his chair like a well-behaved toddler. "I have a unique practice in the sense that I consider every one of my patients to be, at the very least, friends, some better than others. They're family," he says. "There's a lore about how doctors shouldn't treat their family members, and I don't believe that. If you look at each patient as a husband or wife or mother or father, you'll be extra careful and extra caring. That flies in the face of conventional wisdom, but I believe that conventional wisdom is flawed if you can get in touch with your heart."

Here, Colker points his arm-toddler at me by way of example. "Rachel is innately unique. I've never seen someone like Rachel before. I look at you and see someone completely unique who comes with her own happiness and sadness and uniqueness, and that needs to be appreciated."

To become a unique member of Dr. Colker's family will cost you anywhere from $600 to thousands of dollars, depending on your condition and the amount of time he spends with you. Procedures are "a little more expensive." Dr. Colker does not know how many patients he has offhand, but says it's somewhere in the thousands. He's on-call "24 hours a day, seven days a week, 365 days a year" for every single one of them. I ask him how this is physically possible. "There's one night a week where I don't sleep because I do a lot of my reading, academic stuff," he says, gripping a nondescript pile of papers that, somehow, do not disintegrate into ash from the power of his touch. "Otherwise, I probably don't sleep more than five hours a night. I don't drink alcohol. I don't do drugs. I don't smoke. Not because I'm pious. If you go out and have wine with your boyfriend, I don't think you're a bad person." I tell

him I appreciate this, and press him on why he feels he must be available at every single hour of the day for thousands of people. "I am a very contrarian person," he says, a phrase he will repeat often during our interview. "I believe in accessibility. I look at it this way: If you're my patient and I'm really treating you like family, why wouldn't I take a call from my son?"

I ask Dr. Colker if Justin Bieber is his son. "I don't know about son," he says. "Sometimes brother. He is an enormously intelligent young man. I do consider him like family." Dr. Colker briefly expounds on the "natural sleep aid" Bieber referred to in *GQ*. "The key with that was I felt that the Adderall [he'd been taking] was not a helpful medication at the time," he says. "Somebody else had prescribed it, and I thought there were other ways to fortify his body. I didn't actually give him a sleeping pill. I just improved the nutrition of his body and his body found his natural sleep course."

I have no idea what this means; he kindly elaborates. "If you're deficient in this vitamin or that one, your body's suffering. We can do very specific testing — depending how deep you wanna dive, we find exactly what the body might be deficient in, in terms of micronutrients and things like that. The rather unique thing about how we do this is that I don't trust any of the labs. Surprise, surprise." Because of this distrust, Dr. Colker spends "tens of thousands of my own money" sending blind samples to various labs to test their accuracy. "If I'm going to test Rachel and tell her she is deficient in vitamin D, I better damn well know that's a legitimate value," he explains. "We have fired a couple of labs. It keeps the labs we do have on edge. But I don't think that's a bad thing. Do you?" I move my head in a way that I hope indicates my ambivalence on the matter.

At some point, Dr. Colker goes off on a long tangent about sumo wrestlers. Dr. Colker talks about sumo wrestlers for such a long time and in such depth

that, were I to encounter a sumo wrestler on the streets of New York, I would accidentally greet him like an old friend. Dr. Colker explains that he became fascinated by sumo wrestlers after traveling to Japan to promote his first book, which was translated there, and eating alongside them. ("Have you spent time in Japan?" he asks me. I have not.) Sumo wrestlers, he says, have "perfected getting fat" by not eating all day, drinking only tea and water while training. At the end of the day, the sumo wrestlers eat a meal called <u>Chankonabe</u> — a broth full of meat and chicken and veggies and fish, alongside a bowl of rice and seaweed leaves. ("Do you eat sushi?") Afterward, they go immediately to sleep. "I'm your body, and I've been starved all day, and I'm mad, and I'm gonna respond the only way I know how," says Colker. "Storing the food as fat."

Dr. Colker says that this is, informally, how everyone in America eats. He uses me as an example again. "You schlep up to Greenwich to meet with this peculiar man after you waited months to get an interview," he says. "Then your boyfriend comes home and you decide, 'We're gonna stay in and order fettuccine Alfredo,' and it comes in and you eat. And you break open a bottle of wine. And there's that stupid cake that your mom brought, so you think, 'All right, I'll have a forkful of that.' And then you go to sleep within an hour." (This is all frighteningly accurate, though I would *never* refer to a cake as "stupid.")

I ask Dr. Colker how he eats, in contrast, and how he thinks me and Justin Bieber and the rest of the world should be eating. "I'll start my day with five or six eggs," he says. "Like Gaston," I joke. "What?" he says. "Then I'll have two tablespoons of coconut oil, and six to seven tablespoons of our own oil. Then some oatmeal, and probably 16 ounces of low-fat milk," he continues. "For a snack, I'll have a scoop of Doc's Whey and almonds or almond butter. Next is something along the lines of a grilled chicken salad with avocado. I'll

have three to four avocados. The last meal of the day is Doc's Whey. I stop eating after 5 p.m." Overwhelmed, I ask him if I should also be eating seven eggs every single day. "You can have two," he says.

Dr. Colker also tells me that, for the best results, I should be doing high-intensity cardio at the end of the day, after I've eaten, and that I should read his book about eight-pack abs if I want eight-pack abs. "I have eight-pack abs and sometimes ten," he says. "If I had a six-pack abs, I would shoot myself in the morning." "What?" I ask. "I'm joking," he says.

Our interview is coming to a close, and I realize I would be irresponsible not to try the Doc's Whey. Dr. Colker is ecstatic at the request, buzzing Libby and asking her to bring in a bag and a glass of water. Libby obliges. All three of us stare at the massive bag of protein powder, which Dr. Colker says he created for himself and his patients after realizing all other protein powders were "cheap and filled with artificial colors and flavors and sugars." ("Have you tried other protein powders?") In contrast, explains Dr. Colker, Doc's Whey is 100 percent organic and contains "the highest form of protein I could get in humanity." It's not just meant for weight-lifters trying to bulk up, he says; it's also for people who just "want to stay light." He gestures at the front of the bag, which is emblazoned with a woman's extremely taut ass. "That's my fiancée," he says proudly.

The powder, stirred into a few ounces of water, tastes exactly like Swiss Miss hot chocolate. Dr. Colker watches me drink the whole thing. "Gives you a warm, homey feeling, doesn't it?" he says. It does, if my home were a Harry Harrison novel. I purchase a profoundly heavy bag of it for $50.

On my way out, Dr. Colker hands me his card, telling me to email him anytime if I have questions. Then he opens his arms as if to hug me. "Are we

hugging?" I ask, stalling, remembering my earlier vision of being destroyed by his chest. "Absolutely," he says.

Inside the sensory deprivation tunnel created by Dr. Colker's ham-steak limbs, I understand, for a brief moment, why Justin Bieber asked this man to go on tour with him, why Shaq selected him to address Florida's overstuffed youth. For this brief moment, Dr. Colker and all of his patients and I are a (dysfunctional) family. Justin Bieber is my brother-son. Jeremy Piven is my eccentric, sushi-obsessed uncle. Bradley is my jacked second cousin to whom I'm uncomfortably attracted.

Then he releases me, and we are again two strangers. I trudge back to the Greenwich train station, my shoulder going slowly numb beneath the weight of the Doc's Whey.

*Originally published at <u>www.mtv.com</u>.*

Celebrity     Pop Culture     Justin Bieber     To The Stars


**Published in MTV News**
6.5K followers · Last published Jun 23, 2017

Music, pop culture, and politics from MTV News.

Follow

# Exhibit E

Live     Video     Shows ⌄     Shop     ⬛     ⬛     🔔     Log In     Stream on

# Piven's Doc: If You See Him Eating Seafood, Call My Office

Jeremy Piven's doctor details actor's debilitating "mercury toxicity."

By ABC News
December 18, 2008, 2:23 PM

Dec. 19, 2008 &#151; -- Jeremy Piven's doctor has a message for fans of the [mercury-saturated actor](#):

"He cannot eat seafood. If anyone sees him eating seafood, tell them to call my office."

Two days after Piven pulled out of his starring role in David Mamet's Broadway play "Speed-the-Plow," Dr. Carlon Colker, the primary internist treating the "Entourage" actor, detailed his debilitating condition.

"This is a situation of mercury toxicity," Colker, the medical director of Peak Wellness of Greenwich, Conn. (and a champion competitive bodybuilder) told ABCNews.com. "His level [of mercury] was quite high, almost six times the normal limit. ... In this case, it's either because of fish -- he ate sushi twice a day for years -- or because of the Chinese herbs he was taking, or both. We're pretty sure about the fish, how much the Chinese herbs contributed, we don't know. We don't have the specifics of which herbs he took."

"Right now he's being treated with bed rest; out of bed is tolerated," Colker continued. "He spent three days in the hospital, he's been discharged. He was seen by a Yale cardiologist and a professor emeritus of neurology. He's on some dietary supplements as well to protect his organ system function and to clear the mercury from the body. He also cannot eat fish."

"He'll be OK. I think it'll take a few weeks to a couple of months," Colker concluded. "Unfortunately it was like pulling teeth to get him out of the show. This is a situation that I think will resolve as long as he's attending to his health."

Piven's abrupt departure from "Speed-the-Plow" was a move deserving of its own ["Entourage"](#) episode.

"We have been advised by Jeremy Piven's medical representatives that he is seriously ill and is unable to fulfill his contractual obligation to 'Speed-the-Plow.' Consequently, he has left the production ten weeks early," the show's producers said in a statement to ABCNews.com.

In an interview Wednesday with Daily Variety, Mamet took an irreverent tone.

Ad removed.
Show details

"I talked to Jeremy on the phone, and he told me that he discovered that he had a very high level of mercury," the playwright told Daily Variety. "So my understanding is that he is leaving show business to pursue a career as a thermometer."



## Sponsored Content by Taboola

**Emma & Mia Are Retiring – Handmade Jewelry 80% Off**

Sponsored / Craft & Chronicle                                    Read More

**Connecticut:Drivers: Say Goodbye to High Car Insurance Rates**

Sponsored / Auto Insurance Quotes | Pretected                   Learn More

**Newly Released VA benefits (full updated list)**

Sponsored / Veteran Discounts                                   Learn More

**Vitamin B Isn't the Answer for Neuropathy. What To Look At Instead**

Sponsored / Health Insight Journal                              Learn More

**Emma & Mia Are Retiring — Their Handmade Jewelry Is 80% Off**

Sponsored / Craft & Chronicle                                   Read More

**Top Vet Begs American Dog Owners: "Please Stop Doing This With Older Dogs"**

Sponsored / Dr. Marty                                           Read More

**Anyone Considering Investing In Gold Should See This**

Sponsored / Goldco                                              Learn More

**The Shampoo That's Changing Men's Lives**

Sponsored / Wellness+Lab                                        Learn More

**Hartford: Here's The Average Price of a 6-Hour Gutter Upgrade**

Sponsored / Homebuddy.com                                       Read More

**ABC News Network**  **Privacy Policy**  **Your US State Privacy Rights**  **Children's Online Privacy Policy**  **Interest-Based Ads**  **About Nielsen Measurement**  **Terms of Use**
**Do Not Sell or Share My Personal Information**  **Contact Us**
© 2025 ABC News

# Exhibit F

**SPORTS › NBA › NEW YORK KNICKS**

# Meet the muscle-bound doctor Kristaps Porzingis is counting on to keep him on the court



By **STEFAN BONDY** | New York Daily News
UPDATED: April 6, 2018 at 12:22 AM EDT

By nature and profession, Dr. Carlon Colker is a man of movement and some mystery. At times, words aren't enough to explain his methods.

"Push me," he says after dropping into a football stance.

Colker stumbles back. It was the third time he asked to be shoved during the interview. He re-positions and plants himself to the floor.

"Now push me again."





It was like trying to move a rooted tree stump. Or Dwight Howard out of the post.

"You have to feel the ground as an extension, as a force," Colker explains.



Read More

00:04                                                        02:40

Colker, 52, is a ball of muscle. His muscles look like they have muscles that can bench press 700 pounds. He also has lots of ideas about maintaining his client, Kristaps Porzingis, and has put many of them already into action as the power forward's personal physician and trainer.

"At this point, he just knows my body really well," Porzingis says. "He knows what I need all the time — when I'm tired, when I'm not, whenever."

Notably, Colker has no association with the Knicks. His work with Porzingis — conducted from Greenwich, Conn., to Liepaja, Latvia — is completely separate from that of the team's employed doctors and trainers. But like others both affiliated with the team and working independently inside the Porzingis camp, Colker has become a key figure in an area most paramount to the franchise's future: keeping a 7-3 'Unicorn' strong and healthy.

There is no blueprint for such a unique task, but Colker, in a sitdown with the Daily News last month, peeled back the curtain on the methods – some of which he proudly acknowledges are controversial in his field – of Porzingis'

It was an unknown methodology, even to the Knicks.



Kristaps Porzingis is the centerpiece of the Knicks' future.

"When KP first came to me, it was about a lot of injuries because of a disconnection. He stayed away from the basket, he shied away from the inside. For good reason. Because if he went inside to diversify his game, he would get banged up and hard," says Colker, who works at two local hospitals and from his personal office in Greenwich, dubbed 'Peak Fitness.' "Because KP's body wasn't ready. The physical language wasn't there. The wires weren't connected yet."

Between the squatting and the balance exercises, there's no question Colker's work with Porzingis was a boost to the Latvian's game. While Porzingis was largely ineffective in the post during his previous two seasons, the 22-year-old has now developed inside efficiency and confidence predicated on powering through contact.

The health question is a lot trickier.

Monday's loss to the Hornets represented Porzingis' sixth missed game due to injury, which puts him on pace to play about 66 games this season – the same as last. But that stat is a bit misleading.

After two years of fading in the second half of the season while coping with injuries, Porzingis has bought into the idea that sometimes rest is better than risk.

"You're playing through pain a lot of times and you keep going and because this is hurting, the next thing starts to hurt," Porzingis says after missing his first game of the season – on Nov. 8 at Orlando — because of elbow and ankle issues. "Sometimes it's smart when something's hurting to maybe sit out one game and not later lose four games."

Rest is the buzzword. It's all about recovery. At the recommendation of his personal physiotherapist, Manolo Valdivieso, Porzingis underwent a hardcore physical exam in Spain over the summer to determine the best way to maximize results for his body type.

"I was like a rabbit (doing the tests)," Porzingis says. "I was doing all kinds of stuff. Running all day. They were killing me, putting things on (my chest), taking blood."

The doctors determined Porzingis should cease "overtraining" because he was drained and losing too much weight. This falls in line with the philosophies of Colker, who recommends a full day off following each game. Porzingis also said Knicks doctors have advised him against playing even when he felt ready to return, like Saturday against the Thunder as he dealt with a sore knee.

The 'Unicorn' is being handled with care.

Carlon Colker has worked with a number of athletes.

"You can't pour out 30, 40 points per game and then back and practice the next day," Colker says. "No, do nothing. Do nothing. Go play video games. Go eat. Go sleep. I'll beat the s–t out of them. But then I want nothing."

The partnership between muscle-bound doctor and the Knicks' franchise player began with an injury. Toward the end of his rookie campaign in 2016, Porzingis was laboring through, among other ailments, a painful shoulder that forced him out of the final seven games.

"That's where I gained so much trust in him," Kristaps says. "Nothing was working. The whole summer I was working out, I was doing my treatment, and it wasn't helping.

"So he was the one that really fixed my shoulder."

Colker, a former bodybuilder and MMA fighter, turned that trust into a long-term plan for sculpting and maintaining Porzingis. The focus was on building up Porzingis' base, so that he, too, felt the ground as an extension of himself. Colker says his strategy of using squats to build up strength in big men – which he also utilized with Shaquille O'Neal – is considered taboo in the industry.

"My perspectives are unusual," he says. "My methods are novel and my techniques are unique. That doesn't come without a price.

"When one lone beast raises his head to take stock of a situation, turns and goes a different direction, it draws the ire of the herd."

More complicated, though, is Colker's involvement in an ephedra scandal that followed the death of Orioles pitcher Steve Bechler in 2003. As a physician practicing internal medicine, Colker advocated the use of ephedra – a weight-loss and energy-boosting supplement – while claiming it was safe and effective. He was named as a defendant in three separate lawsuits, accused of falsifying data about the dangerous side effects of the supplement.

Colker denied the allegations. His attorney, Jonathan Whitcomb, says all three lawsuits against Colker were voluntarily dismissed.

Colker with Porzingis.

Colker with Porzingis.

"In my mind, he was vindicated," Whitcomb says, though a judge in one of the lawsuits at the time thought his testimony lacked credibility.

In the 14 years since the ephedra scandal, Colker has built a client list that reads like an ESPY's-Oscars fusion rehearsal — O'Neal, Andre Agassi, Quinton 'Rampage' Jackson, Jeremy Piven, Bradley Cooper. Just last year, in an interview with GQ, Justin Biebercredited Colker with convincing him to quit Adderall. When Phil Jackson was discussing deals for Porzingis, Shaq declared the

"You keep Porzingis, and trade everybody else around him, and try to build around him. This kid has a bright future. He's working out all summer," the Hall of Fame center told TMZ. "I know the guy he's working out with, Carlon Colker, a guy I used to work out with. A guy that helped me win championships. So, he's getting stronger. He's definitely in the weight room. He's not the type of guy that you give up."

In April, Porzingis skipped his exit meeting with Jackson and isolated himself from the Knicks. Less than a month later, Colker set the power forward on a structured plan consisting of a fat-heavy diet, exercise and rest. To demonstrate the focus of his efforts, Colker shares a video of Porzingis exploding to a squat from a double-kneeling position with a weight strapped to his waist – "This is what I mean by building the quad strength and explosivity for a big guy like that," he says.

They trained together for a few weeks in Latvia, in conjunction with Janis, who concentrated on Porzingis' basketball moves. It was — and remains — a symbiotic partnership. Colker describes himself as "the mechanic," and Janis as "the craftsman."

"I'm the toolbox guy. I will make sure you have the best hammer in the drawer," says Colker. "But you have to take them out. And if I see you going out on the court and you go back to the other stuff, no, not good. And I have to give credit to Janis. He made sure that what he saw in the weight room, he brought upstairs into the gym.

"You don't ever abandon your powerbase. You die in form. So that's a credit to Janis. That's what he was able to do. He was able to reinforce what I did."

Still, it required a great deal of work to reach this point. To get Porzingis' "physical wiring correct," Colker says the workouts started without any weights. It was all about posture and form. The beginning was a struggle.

"You're never going to leave that place without being exhausted in some parts of your body," Porzingis says. "You're going to be dead after one hour with him."

As long as he's able to take the court, that exhaustion is paying off for the budding All-Star. Porzingis is averaging 25.5 points, 6.6 boards and 2.1 blocks through 24 games. Off the court, Colker and others are working on

*Originally Published: December 20, 2017 at 7:10 AM EST*

# Around the Web

REVCONTENT



### Here's What Gutter Guards Should Cost if You Qualify for Senior Rebates

LeafFilter Partner



# Exhibit G

Delivering to Manchester 06042
Update location

Books ▾    Carlon Colker

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All    Amazon Haul    Medical Care ▾    Luxury    Best Sellers    Amazon Basics    New Releases    Groceries ▾    Prime ▾    Today's Deals    Registry

books    Categories    New & Trending    Deals & Rewards    More    |    Your Books

8 results for **"Carlon Colker"**

Sort by: Featured

---

**Format**
Hardcover

**Department**
Any Department
Books
 Arts & Photography
 Biographies & Memoirs
 Business & Money
 Calendars
 Children's Books
 Comics & Graphic Novels
 Computers & Technology
 Cookbooks, Food & Wine
 Crafts, Hobbies & Home
 Education & Teaching
 Engineering & Transportation
 Health, Fitness & Dieting
 History
 Humor & Entertainment
 Law
 LGBTQ+ Books
 Literature & Fiction
 Medical Books
 Mystery, Thriller & Suspense
 Parenting & Relationships
 Politics & Social Sciences
 Reference
 Religion & Spirituality
 Romance
 Science & Math
 Science Fiction & Fantasy
 Self-Help
 Sports & Outdoors
 Teen & Young Adult
 Test Preparation
 Travel

**Language**
 English

**Condition**
New
Used
Collectible

**Series Status**
Not in a Series

**Deals & Discounts**
All Discounts

## Results

Check each product page for other buying options.



### Extreme Muscle Enhancement 3rd Edition
by Carlon Colker , MD, et al. | Sep 17, 2008
33
Paperback
**$15**⁷⁷ List: $21.95
FREE delivery **Sun, Sep 7** on $35 of items shipped by Amazon
Or fastest delivery **Thu, Sep 4**
Only 3 left in stock - order soon.

Add to cart

More Buying Choices
$15.64 (3+ used & new offers)



### Extreme Muscle Enhancement: Bodybuilding's Most Powerful Techniques
by Carlon M. Colker and William Kispert | Jan 9, 2005
41
Paperback

See options

No featured offers available
$11.99 (5 used & new offers)



### Greenwich Diet: Lose Fat While Gaining New Health and Wellness
by Carlon M. Colker M.D. | Jun 1, 2000
17
Hardcover
**$9**²³ List: $21.95
FREE delivery **Sep 10 - 11**
Only 1 left in stock - order soon.

Add to cart

More Buying Choices
$3.28 (5+ used & new offers)



### Extreme Muscle Enhancement 2nd Edition
by Carlon Colker , MD, et al. | Jun 24, 2007
18
Paperback

See options



**Sex Pills A-Z: What Works & What Doesn't**
by Carlon M. Colker  |  Jan 1, 1999
Paperback

See options



**Nutrition Book (Vital Basics Essentials)**
by Carlon Colker  |  Jan 1, 2001
Paperback

Currently unavailable.

See options



**Exercise and Fitness Book (Vital Basics Essentials)**
by Carlon Colker  |  Jan 1, 2001
Paperback

Currently unavailable.

See options

**Cookbook and Restaurant Guide (Vital Basics Essentials)**
by Carlon Colker  |  Jan 1, 2001
Paperback

Currently unavailable.

See options

## Need help?

Visit the help section or contact us


Sponsored

Sponsored

## See personalized recommendations

Sign in