## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-SFR |

## NOTICE REGARDING MOTION TO APPEAR PRO HAC VICE FOR ATTORNEY JALAINE GARCIA

Pursuant to the Court's Order of September 2, 2025 [Doc. 49], undersigned counsel sponsoring Attorney Jalaine Garcia wishes to inform the Court of their re-filing of the Motion to Appear Pro Hac Vice signed by the undersigned. A copy of the signed Motion is filed as an attachment to this Notice.

Respectfully submitted,

By: /s/ *Dennis M. Durao*

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067
(T): (860) 233-5600
(F): (860) 233-5800
ddurao@kt-lawfirm.com

## **CERTIFICATION**

      I hereby certify that on September 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/ss/ Dennis M. Durao
Dennis M. Durao