## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-RNC |

## NOTICE OF APPEARANCE

Please take notice that Jalaine Garcia Esq. of the law firm of Brito, PLLC hereby enters her appearance as co-counsel for Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC

Date: September 16, 2025

        Respectfully submitted,

        By: /s/ *Jalaine Garcia*

        **Alejandro Brito**
        Florida Bar No. 098442
        *Pro Hac Vice Admitted*
        Primary: abrito@britopllc.com
        Secondary: apiriou@britopllc.com
        **Jalaine Garcia**
        Florida Bar No. 58632
        *Pro Hac Vice Admitted*
        Primary: jgarcia@britopllc.com
        **Lara Juliette Fernandez**
        Florida Bar No. 1059162
        *Pro Hac Vice Admitted*
        Primary: lfernandez@britopllc.com
        BRITO, PLLC
        2121 Ponce de Leon Boulevard
        Suite 650

Coral Gables, FL 33134
Office: 305-614-4071

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This certifies that on September 16, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system to all counsel of record:

Timothy Gondek, Esq.
Hannah Meyers, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordservice@lewisbrisbois.com
*Counsel for Defendants*

William S. Fish, Jr., Esq.
Alexa T. Millinger, Esq.
Hinckley, Allen & Snyder, LLP
20 Church Street
18th Floor
Hartford, Connecticut 06103
wfish@hinckleyallen.com
amillinger@hinckleyallen.com

By: /s/ *Jalaine Garcia*