UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM, LLC, a Missouri limited liability company,<br><br>Defendants | CASE #: 3:25-cv-00711<br><br><br><br><br><br>SEPTEMBER 29, 2025 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY DIRECTED TO ANNE CALLIS, ESQ. AND HOLLAND LAW FIRM, LLC**

In accordance with D. Conn. L. Civ. R. 7(b), the Defendants Anne Callis, Esq. and Holland Law Firm, LLC respectfully request thirty (30) days from the date of any ruling by this Court denying the Defendants' presently pending Motion for Stay in which to respond to Plaintiffs' discovery requests. In support of this motion, Defendants Anne Callis, Esq. and Holland Law Firm, LLC represent as follows:

1. On or about July 29, 2025, Defendants Anne Callis, Esq. and Holland Law Firm, LLC (hereinafter collectively "Defendants") filed a Motion to Dismiss (ECF No. 37) seeking dismissal of the entire complaint in this case.

2. On or about August 7, 2025, Plaintiffs Carlon Colker MD and Peak Wellness, Inc. (hereinafter collectively "Plaintiffs") served Defendants with discovery consisting of Plaintiffs' First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production.

3. On or about August 15, 2025, undersigned counsel for Defendants filed a responsive

Motion to Stay Discovery (ECF No. 43), moving to stay all discovery until the Defendants' pending Motion to Dismiss is resolved.

4. This is the first motion for extension of time to respond to Plaintiff's First Set of Interrogatories, Requests for Production, and/or Requests for Admission.

5. This motion was not filed within the three (3) business days before the response deadline in accordance with D. Conn. L. Civ. R. 7(b) because Defendants had previously moved for a stay of discovery, which this court has yet to rule upon. On or about September 23, 2025, counsel for Plaintiffs made an inquiry with the undersigned regarding responses to despite the pending Motion to Stay, prompting the instant motion.

6. As stated in the Defendants' Motion to Stay, "pending resolution of a potentially dispositive motion where the motion articulates substantial grounds for dismissal makes a stay of discovery particularly appropriate." *Country Club of Fairfield, Inc. v. N.H. Ins. Co*., No. 3:13-CV-00509 VLB, 2014 WL 3895923, at *3 (D. Conn. Aug. 8, 2014.)

7. The additional time is also necessary and appropriate given the pending Motion to Stay and is also necessary to obtain the requested information.

8. It is unknown if counsel for the Plaintiffs consents to this motion. Inquiry was made with Plaintiffs' counsel via email on September 25, 2025, but no response has been received as of the date of this filing.

9. For the foregoing reasons and notwithstanding the pending Motion to Stay Discovery, Defendants respectfully request a thirty day extension time to serve objections and/or responses to Plaintiffs' First Set of Interrogatories, First Set of Production Requests, and First Set of Requests for Admission in the event that this Court denies the pending

Motion to Stay. Defendants would request thirty day from the entry of any such order denying the Motion to Stay to provide such responses or objections.

        Respectfully submitted,
        ANNE CALLIS, ESQ.
        HOLLAND LAW FIRM, LLC

        By:  */s/ Timothy Gondek / Juris #ct29190*
        Timothy Gondek
        LEWIS BRISBOIS BISGAARD & SMITH, LLP
        185 Asylum Street
        Suite 2603
        Hartford, Connecticut 06103
        HartfordEService@LewisBrisbois.com
        Timothy.Gondek@LewisBrisbois.com
        Tel: (860) 748-4806
        Fax: (860) 748-4857

## **CERTIFICATE OF SERVICE**

This is to certify that on September 29, 2025, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Timothy Gondek*
Timothy Gondek
