**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-RNC |

**STATEMENT OF CITIZENSHIP**

Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC ("Plaintiffs"), by and through undersigned counsel and pursuant to the paperless Order [DE 61] instructing Plaintiffs "to file a Statement of Citizenship listing the citizenship of every member of Holland Law," hereby notify this Court as follows:

1.      Mr. Eric Holland is the sole member of Defendant Holland Law Firm, LLC, and Mr. Holland is a citizen of the state of Missouri.

Date: April 6, 2026

Respectfully submitted,

By: /s/ *Alejandro Brito*

**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Admitted*
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**Jalaine Garcia**
Florida Bar No. 58632
*Pro Hac Vice Admitted*
Primary: jgarcia@britopllc.com
BRITO, PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067

*Counsel for Plaintiffs*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

## CERTIFICATE OF SERVICE

This certifies that on April 6, 2026, a copy of the foregoing was filed electronically on the

Court's CM/ECF system to all counsel of record:

Timothy Gondek, Esq.
Hannah Meyers, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordservice@lewisbrisbois.com
*Counsel for Defendants*

William S. Fish, Jr., Esq.
Alexa T. Millinger, Esq.
Hinckley, Allen & Snyder, LLP
20 Church Street
18th Floor
Hartford, Connecticut 06103
wfish@hinckleyallen.com
amillinger@hinckleyallen.com

By: /s/ *Alejandro Brito*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071