**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| CARLON M. COLKER, M.D., ET AL <br>       Plaintiff <br><br> v. <br><br> ANN CALLIS, ET AL <br>        Defendant |

CASE #: 3:25-cv-00711

APRIL 13, 2026

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Pursuant to Local Rule of Civil Procedure § 7(b), Defendants Ann Callis and the Holland Law Firm (collectively the "Defendants") move for an additional thirty (30) days to respond to Plaintiffs' discovery requests, up to and including Tuesday, May 12, 2026.

There is good cause for granting this Motion. The Plaintiffs brought this action in May 2025. The Plaintiffs served discovery requests on the Defendants on August 7, 2025. The Court issued a stay of discovery on or around October 5, 2025 (Dkt. No. 59) following the Defendants' Motion to Dismiss filed on July 29, 2025 (Dkt. No. 36). The Court denied the Defendants' Motion to Dismiss last month after the case had been paused for nearly eight months, and the Defendants are now re-engaging, undertaking the discovery process, and beginning to identify and locate information responsive to the Plaintiffs' requests. This process involves parsing through numerous email accounts for relevant information and also, significantly, dealing with attorney-client privilege issues implicated in the Plaintiffs' discovery requests, given that most of the requests seek information exchanged in the course of an attorney-client relationship. Therefore, the

161640198.1  1

Defendants require additional time to locate and review relevant documents, and also undertake the necessary analysis to ensure that attorney client privilege is preserved where appropriate.

Defendants have contacted the Plaintiffs multiple times to request consent for this extension. However, as of the filing of this Motion, Defendants have not received any response to their requests. The subject Motion is Defendants' first relevant Motion for Extension of Time to respond to discovery, as the first Motion for Extension of Time filed in September of 2025 was denied as moot based on the entered stay of discovery (Dkt. Nos. 58 and 59). The parties are in the process of agreeing to a revised case schedule following the denial of the Defendants' Motion to Dismiss. Therefore, if granted, this extension will not interfere with this court's deadlines for the completion of discovery, hearings, or trial.

WHEREFORE, Defendants respectfully request that the Court grant this Motion for Extension of Time to Respond to Discovery up to and including May 12, 2026.

Respectfully submitted,
ANNE CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
Tel: (860) 725-6200
Fax: (860) 278-3802

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on April 13, 2026, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Timothy Gondek*
Timothy Gondek

161640198.1  4