**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 4/28/2026

Colker et al

Vs.

Callis et al

BKY Appellant

BKY Appellee

BKY case #

Start Time 4:03 PM    End Time 4:22 PM

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) 19 _____ minute(s)

Case # 3:25-cv-00711-SFR

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) Alejandro Brito, Dennis Durao

Counsel for Dft(s) Timothy Gondek

Reporter/Courtsmart CourtSmart

Interpreter

Language

Hearing held

☐ in person  ✔ by video  ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ◼ Other: Rule 16 Conference ____ |

**MOTIONS**

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 2/11/26