**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| CARLON M. COLKER, M.D. and PEAK WELLNESS INC. |
|         Plaintiffs |
| |
| v. |
| |
| ANNE CALLIS and HOLLAND LAW FIRM, LLC |
|         Defendants |

CASE #: 3:25-cv-00711

MAY 4, 2026

**DEFENDANTS ANNE CALLIS AND HOLLAND LAW FIRM, LLC'S**
**RULE 26(a)(1)(A) INITIAL DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), and D. Conn. L.R. 26, Anne Callis (hereinafter "Callis") and Holland Law Firm, LLC ("Holland") (collectively "Defendants") hereby provide their joint initial disclosures.

**Preliminary Statement**

Callis and Holland provide the following information pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure based on the information known at this time. These initial disclosures have been prepared prior to the completion of Defendants' full investigation, discovery, and preparation for trial in this action and are based on the information that is currently available and known to Defendants. Defendants reserve their right to amend or supplement these initial disclosures. Defendants' initial disclosures are for the purpose of discovery only and are not an admission or acceptance that any disclosure, fact, or document is relevant, discoverable, or admissible in evidence. Defendants reserve their right to object to the discoverability or admissibility of any disclosure, fact, or document at the time of trial or any pre-trial proceeding.

175942766.1

## I.    **POTENTIAL WITNESSES**

Based upon the information presently known to the defendants and/or their counsel, the

following individuals and or entities are likely to have, or may have, discoverable information

related to the claims made by the plaintiff within their possession, custody, or control:

1.    Plaintiff Carlon M. Colker, M.D.
c/o Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce de Leon Blvd., Ste. 650
Coral Gables, FL 33134

2.    Corporate representative/designee of Plaintiff Peak Wellness, Inc.
c/o Alejandro Brito, Esq.
Brito, PLLC
2121Ponce de Leon Blvd., Ste. 650
Coral Gables, FL 33134

3.    Any and all nurses, staff members, technicians, aids, therapists, individuals, or

medical professionals who may have been employed by plaintiffs Colker and/or Peak Wellness

during the period of time relative to plaintiffs' treatment of and/or involvement with Janel Grant.

4.    Defendant Ann Callis
c/o Timothy M. Gondek, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
185 Asylum St., Ste. 2603
Hartford, CT 06103

5.    Representative of Holland Law Firm, LLC
c/o Timothy M. Gondek, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
185 Asylum St., Ste. 2603
Hartford, CT 06103

6.    Janel Grant, former patient of Carlon Colker, M.D. and Peak Wellness, Inc
Address not known.

7.    Former WWE Founder and Executive Vincent K. McMahon.
Address not known.

8.    Former WWE Talent Relations Representative John Laurinaitis.
Address not known.

## II.   DOCUMENTS, ESI, TANGIBLE MATERIALS

Defendants state that they may use to support their claims or defenses the following categories of non-privileged documents, data compilations, and/or tangible things in the possession, custody, and/or control of Defendants and/or their counsel, Lewis Brisbois Bisgaard & Smith LLP, 185 Asylum Street, Suite 2603, Hartford, CT 06103. Defendants state that the following description of documents that they may use to support their claims or defenses is made subject to assertions of attorney-client privilege and work product doctrine, neither of which are waived:

1. Any and all medical records relating to Peak Wellness's treatment of Janel Grant.

2. Any nonprivileged relevant records of Holland or Callis related to the allegations presented in Plaintiffs' Complaint.

3. All communications between Plaintiff Peak Wellness, Inc., and Defendants Ann Callis and Holland Law Firm, LLC and/or their agents or employees.

4. All communications between Plaintiff Dr. Carlon M. Colker and Defendants Ann Callis and Holland Law Firm, LLC and/or their agents or employees.

5. All communications between Plaintiff Peak Wellness, Inc. and Janel Grant.

6. All communications between Plaintiff Dr. Carlon M. Colker and Janel Grant.

7. Books, treatises, newspaper articles, magazine articles, blogs, social media postings, or any other news sources related to Grant, Colker, Peak Wellness, Callis, or Holland.

8. Online website postings or social media postings of Colker and/or Peak Wellness.

9. Any relevant discovery materials, pleadings, supporting documents, expert opinions, or deposition transcripts produced in the matter referred to as *Janel Grant v. World Wrestling Entertainment, Inc., Et al* (3:24-cv-90) which originates in the United States District Court for the District of Connecticut.

175942766.1  3

10. Any relevant discovery materials, pleadings, supporting documents, expert opinions, or deposition transcripts produced in the matter referred to as *Janel Grant v. Carlon Colker, Et Al* (FST-CV24-6068091-S) which originates in the Connecticut Superior Court, Judicial District of Stamford.

11. Any relevant discovery materials, pleadings, supporting documents, expert opinions, or deposition transcripts produced in the matter referred to as *Carlon Colker & Peak Wellness, Inc. v. Janel Grant* (FST-CV24-6068489-S) which originates in the Connecticut Superior Court, Judicial District of Stamford.

12. Defendants reserve the right to modify, amend, or supplement this preliminary list as warranted by discovery, and further explicitly reserve all privileges, including but not limited to the attorney-client privilege and the work-product doctrine, with respect to the production of any materials referenced herein.

## III.     COMPUTATION OF DAMAGES

Defendants are not alleging damages at this time.

## IV.     INSURANCE POLICY/AGREEMENT

Any known pertinent insurance policies has been produced herewith.

175942766.1    4

Respectfully submitted,
ANN CALLIS
HOLLAND LAW FIRM LLC

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

175942766.1 5

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 4th day of May, 2026, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Timothy Gondek*
Timothy Gondek
