**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>    Defendants. | Case No.: 3:25-cv-00711-RNC |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Plaintiffs, CARLON M. COLKER, M.D. and PEAK WELLNESS, INC.  by and through the undersigned counsel and pursuant to D. Conn. L. Civ. R. 7(e), move to withdraw Lara Juliette Fernandez, Esq. ("Ms. Fernandez") as counsel for Plaintiffs and relieving Ms. Fernandez of all further responsibility in this case, and in support thereof, state as follows:

1.      Ms. Fernandez was retained by Plaintiffs as co-counsel for representation in the above-referenced action.

2.      As of March 18, 2026, Ms. Fernandez is no longer employed by the law firm of Brito, PLLC.

3.      Plaintiffs will continue to be represented by Alejandro Brito of Brito, PLLC.

4.      As a result, undersigned counsel seeks entry of an order allowing her to withdraw as co-counsel of record for the Plaintiffs and relieving her of all further responsibility in this case.

**WHEREFORE**, Plaintiffs CARLON M. COLKER, M.D. and PEAK WELLNESS, INC. respectfully request that the Court enter an Order: (1) granting the Motion to Withdraw of Lara Juliette Fernandez as co-counsel for Plaintiffs, (2) relieving Lara Juliette Fernandez of all further responsibility in this case, and (3) granting such further relief as the Court deems just and proper.

Date: July 13, 2026

Respectfully submitted,

By: /s/ *Jalaine Garcia*

**Alejandro Brito**
Florida Bar No. 098442
*Pro Hac Vice Admitted*
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**Jalaine Garcia**
Florida Bar No. 58632
*Pro Hac Vice Admitted*
Primary: jgarcia@britopllc.com
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

**Dennis M. Durao**
KARSTEN & TALLBERG, LLC
500 Enterprise Drive
Suite 4B
Rocky Hill, CT 06067

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 13, 2026 upon:

Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
185 Asylum Street, Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordservice@lewisbrisbois.com

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com

*Counsel for Defendants*

By: /s/ *Jalaine Garcia*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071