# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date 8/19/2026

Colker et al

Vs.

Callis et al

BKY Appellant ______

BKY Appellee ______

BKY case # ______

Start Time 11:03 AM End Time 12:03 PM

Recess (if more than ½ hr) ______ to ______

Total Time 1 hour(s) ______ minute(s)

Case # 3:25-cv-00711-SFR

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) A. Brito, J. Garcia, D. Durao

Counsel for Dft(s) T. Gondek, A. Millinger,

Reporter/Courtsmart CourtSmart

Interpreter ______

Language ______

Hearing held

☐ in person ☑ by video ☐ by telephone

---

### HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Discovery Conference ____ |

### MOTIONS

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ______ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due ______ ☐ Proposed Findings due ______ Response due ______

☐ Status report due ______

☐ Hearing continued until ______ at ______

### NOTES

Rev. 2/11/26