LEWIS BRISBOIS

Timothy Gondek
185 Asylum Street, Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@lewisbrisbois.com
Direct: 860.566.8049

September 3, 2026

**VIA EMAIL jgarcia@britopllc.com**

Jalaine Garcia, Esq.
Alejandro Brito, Esq.
Brito, PLLC
2121 Ponce De Leon Boulevard, Suite 650
Coral Gables, Florida 33134

Dennis M. Durao, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

Re: ***Colker et al. v. Callis et al.*, Case No. 3:25-cv-00711-RNC (D. Conn.)**
**Amended Privilege Log**

Dear Atty. Garcia:

Below, please find an amended privilege log as discussed during our August 26, 2026 meet and confer regarding discovery in the above-captioned matter. As agreed, we have provided a list detailing the full names and affiliations of the persons included within the log. We have also amended the list to more particularly state which litigation is the subject of the work-product doctrine where asserted, though I would note that nearly all of the entries already bore reference to either the Bill of Discovery or WWE Litigation within the subject matter description. We have also amended certain entries to provide more clarity as to the subject of the document as discussed. Finally, I would note that much of what you asked for in your email dated September 1, 2016 email is overly burdensome and not required for the provision of a privilege log. I would further note that many of the issues you raise within that email and the revisions you request therein were neither discussed nor raised during the August 26, 2026 meet and confer, and were never agreed to. I refer in particular to your requests related to specific entries on the log, which, in addition to being overly burdensome seek the disclosure of information which is specifically being withheld under a claim of attorney-client privilege or the work-product doctrine.

| Doc. No. | Date | Author | Recipient(s) | Subject matter | Privilege basis |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 1 | April 6, 2024 | J. Grant | A. Callis, C. Munn, C. Hurley | "[subject redacted due to privilege] " Email from client J. Grant providing information to litigation team. | Attorney-Client |
| 2 | April 6, 2024 | J. Grant | A. Callis, G. Jones, C. Munn | "[subject redacted due to privilege] " Email from client to Atty. Callis and other counsel of record providing information related to bill of discovery action. | Attorney-Client |
| 3 | April 6, 2024 | A. Callis | J. Grant, G. Jones, C. Munn | "[subject redacted due to privilege] " Email from Atty. Callis to client and other counsel of record providing advice to client. | Attorney-Client |
| 4 | April 6, 2024 | A. Callis | J. Grant, G. Jones, C. Munn | "[subject redacted due to privilege] " Email from Atty. Callis to client and other counsel of record providing opinion to client. | Attorney-Client |
| 5 | April 12, 2024 | J. Grant | A. Callis, C. Munn, C. Hurley | "[subject redacted due to privilege] " Email from client to Atty. Callis and litigation team providing information related to bill of discovery action. | Attorney-Client |
| 6 | April 12, 2024 | J. Grant | A. Calls, C. Munn, C. Hurley | "[subject redacted due to privilege] " Email from client to Atty. Callis and litigation team providing information related to bill of discovery action. | Attorney-Client |
| 7 | April 12, 2024 | J. Grant | A. Callis, C. Munn, C. Hurley | "[subject redacted due to privilege] " Email from client to Atty. Callis and | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| | | | | litigation team providing information related to bill of discovery action. | |
| 8 | April 14, 2024 | A. Callis | J. Grant, C. Hurley, C. Munn | "Re:[subject redacted due to privilege] " Email from Atty. Callis providing opinion response to information proffered by client. | Attorney-Client |
| 9 | April 14, 2024 | J. Grant | A. Callis, C. Hurley, C. Munn | "[subject redacted due to privilege] " Email from client to Atty. Callis and litigation team providing information related to bill of discovery action. | Attorney-Client |
| 10 | April 14, 2024 | J. Grant | A. Callis, C. Hurley, C. Munn | "Sent my labs to VKM/ Doc is expecting your call 11.20. 19" Email from client to Atty. Callis and litigation team providing information related to bill of discovery action. | Attorney-Client |
| 11 | April 16, 2024 | J. Grant | A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client to Atty. Callis and litigation team providing information related to bill of discovery action. | Attorney-Client |
| 12 | May 8, 2024 | J. Grant | A. Calls, C. Munn | "[subject redacted due to privilege] " Email from client to Atty. Callis and litigation team providing information related to bill of discovery action and providing PHI. | Attorney-Client |
| 13 | May 9, 2024 | A. Callis | E. Nolan, C. Munn, G. Jones, D. Slossberg | "[subject redacted due to privilege] ." Email from Atty. Callis to litigation team forwarding information from client relevant for bill of discovery action. | Attorney-Client / Work Product |

| | | | | | |
|---|---|---|---|---|---|
| 14 | May 14, 2024 | C. Hurley | A. Callis, C. Munn, J. Grant, K. Case; B. Koslow, D. McNeice | "Next Stories/Thoughts" Email chain between litigation team addressing strategy with client discussing "next steps in the litigation" | Attorney-Client / Work Product (WWE Litigation) |
| 15 | May 14, 2024 | J. Grant | C. Hurley, A. Callis, C. Munn, K. Case, B. Koslow, D. McNeice | " Re: Next Stories / Thoughts" Email chain between litigation team addressing strategy with client discussing "next steps in the litigation" | Attorney-Client / Work Product (WWE Litigation) |
| 16 | May 16, 2024 | J. Grant | C. Hurley, C. Munn, K. Case, A. Callis | "Re: Next Stories/ Thoughts" Email from client to litigation team providing information related to ongoing WWE Litigation and discussing "next steps in the litigation" | Attorney-Client / Work Product (WWE Litigation) |
| 17 | May 16, 2024 | C. Hurley | J. Grant, C. Munn,. K. Case, A. Calls | "Re: Next Stories/ Thoughts" Email chain between litigation team addressing strategy with client discussing "next steps in the litigation" | Attorney-Client / Work Product (WWE Litigation) |
| 18 | June 21, 2024 | J. Grant | C. Munn, A. Lang, A. Callis, G. Jones | "Draft bill of discovery / JG edits" Email from client discussing draft bill of discovery. Attachment: 2024.06.17 NM Edits – DRAFT Bill of Discovery Complaint_JG edit.docx | Attorney-Client / Work Product |
| 19 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "Fwd: Janel Grant Patient Medical Record / 04.18.22" Email from client enclosing PHI with related privileged communication from client. Attachment: 128476977.pdf | Attorney-Client |
| 20 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client containing client | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| | | | | privileged communication as to subject of litigation. | |
| 21 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client containing PHI and related privileged communication from client. | Attorney-Client |
| 22 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client containing PHI and related privilege communication from client. | Attorney-Client |
| 23 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "Fwd: Another Important Update From Dr. Colker on COVID-19" Email from client forwarding marketing email from plaintiff Peak Wellness with related privileged communication from client. | Attorney-Client |
| 24 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "Fwd: New Telemedicine Services to Fight COVID-19" Email from client forwarding marketing email from plaintiff Peak Wellness with related privileged communication from client. | Attorney-Client |
| 25 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "Fwd: Kick off 2021 STRONG" Email from client forwarding marketing email from plaintiff Peak Wellness with related privileged communication from client. | Attorney-Client |
| 26 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client discussing privileged information related to ongoing litigation. | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| 27 | July 11, 2024 | J. Grant | E. Nolan, A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client providing information related to bill of discovery action and related privileged communication from client. | Attorney-Client |
| 28 | July 11, 2024 | A. Callis | J. Grant, E. Nolan C. Munn | "Re: Another Important Update From Dr. Colker on COVID-19" Email from Atty. Callis to client providing opinion. | Attorney-Client |
| 29 | July 12, 2024 | A. Callis | J. Grant, C. Munn | "[subject redacted due to privilege] " Email from Atty. Callis to client enclosing privileged and confidential litigation document. Attachment: "[subject redacted due to privilege]" | Attorney-Client |
| 30 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "[subject redacted due to privilege] " Email from client to counsel asking for information and providing certain privileged communication. | Attorney-Client |
| 31 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "Quick Referral & Coordination / [subject redacted due to privilege] " Email from client to counsel providing privileged communication related to bill of discovery action. | Attorney-Client |
| 32 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "Examples [subject redacted due to privilege] " Email from client to counsel providing privileged communication related to bill of discovery action. | Attorney-Client |
| 33 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "[subject redacted due to privilege] " Email from client to counsel providing | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| | | | | privileged communication related to bill of discovery action. | |
| 34 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "[subject redacted due to privilege] " Email from client to counsel providing privileged communication related to bill of discovery action. | Attorney-Client |
| 35 | July 12, 2024 | J. Grant | A. Callis, C. Munn, E. Nolan | "(subject redacted for privilege)" Email from client to counsel providing privileged communication related to bill of discovery action. | Attorney-Client |
| 36 | July 15, 2024 | J. Grant | E. Nolan, C. Munn, A. Callis | "[subject redacted due to privilege] " Email from client to counsel providing information and privileged communication related to bill of discovery action. | Attorney-Client |
| 37 | July 16, 2024 | J. Grant | E. Nolan, C. Munn, A. Callis, A. Lang, C. Hurley | "[subject redacted due to privilege] " Email from client to litigation team providing information and privileged communication related to bill of discovery action. | Attorney-Client |
| 38 | July 16, 2024 | J. Grant | E. Nolan, C. Munn, A. Callis, A. Lang, C. Hurley | "[subject redacted due to privilege] " Email from client to litigation team providing information and privileged communication related to bill of discovery action. | Attorney-Client |
| 39 | July 16, 2024 | J. Grant | E. Nolan, C. Munn, A. Callis, A. Lang, C. Hurley | "[subject redacted due to privilege] " Email from client to litigation team enclosing PHI and providing privileged communication relating to PHI and bill of | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| | | | | discovery action. Attachment: 128711108.pdf | |
| 40 | July 19, 2024 | J. Grant | A. Callis, C. Munn | "[subject redacted due to privilege] " Email from client to counsel providing privileged communication discussing bill of discovery action. | Attorney-Client / Work Product |
| 41 | August 11, 2024 | A. Callis | J. Grant, D. Slossberg, C. Munn, A. Lang, M. Grider, E. Holland, G. Jones | "Draft Motion to Strike" Email from Atty. Callis to client and litigation team enclosing draft brief and seeking client input. **Also claimed as work product**. Attachment: 2040809_Memo of Law iso Mtn to Strike_DRAFT (DAS).docx | Attorney-Client Work Product |
| 42 | August 22, 2024 | J. Grant | C. Munn, A. Callis, E. Nolan, C. Hurley | "DOJ checklist re trafficking signs & my flags" Email from client providing privileged communication and potential PHI. | Attorney-Client |
| 43 | August 22, 2024 | A. Callis | J. Grant, C. Munn, E. Nolan, C. Hurley | "Re: Ex: DOJ checklist re trafficking signs & my flags" Email from Atty. Callis to client providing opinion response to previous communication. | Attorney-Client |
| 44 | September 26, 2024 | C. Munn | J. Grant, A. Callis | "Fw: Privileged & Confidential: 9/26 Media Coverage Report – Documentary Coverage" | Attorney-Client / Work Product (WWE Litigation) |
| 45 | October 14, 2024 | G. Jones | J. Grant, A. Callis, C. Munn, J. Hall, Z. Andrijauskaite, K. Barkoff | "Privileged and Confidential – Press Release Draft and Response to Colker's Motion to Dismiss" Email between Atty. Jones (Holland), litigation team, and client, providing privileged communication | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and attorney opinion regarding response to motion to dismiss and press release. Attachments: 20241014_Opposition to Def's Motion to Dismiss_FINAL.pdf; Colker Case Press Release_Media Advisory 10.15.24 (s).docx. | |
| 46 | October 14, 2024 | G. Jones | J. Grant, A. Callis, C. Munn, J. Hall, Z. Andrijauskaite, K. Barkoff | "Re: Privileged and Confidential – Press Release Draft and Response to Colker's Motion to Dismiss" Email from Atty. Jones (Holland), litigation team, and client, again providing privileged communication related to prior email. | Attorney-Client / Work Product (Bill of Discovery) |
| 47 | December 4, 2023 | A. Callis | D. Williams | "(No Subject)" Blank email sent to Holland staff member containing attached work-product document. Attachment: [subject redacted due to privilege] | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 48 | January 26, 2024 | G. Jones | T. Heepke, A. Callis | "Medical Records for Janel" Correspondence from Atty. Jones to Holland paralegal re: ordering client medical records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 49 | February 8, 2024 | A. Callis | A. Callis | "We have psych records in? – TH for PROJECT LUNA" Note-taking email from Atty. Callis regarding needed medical records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 50 | February 21, 2024 | T. Heepke | A. Callis | "Janel's medical records – status and question" Email chain between Holland paralegal and Atty. Callis | Attorney-Client / Work Product (Bill of Discovery/ |

| | | | | | |
|---|---|---|---|---|---|
| | | | | regarding client medical records. | WWE Litigation) |
| 51 | March 7, 2024 | T. Heepke | A. Callis | “Re: Janel’s medical records – status and question” Email between Holland paralegal and Atty. Callis updating as to client medical records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 52 | March 8, 2024 | A. Callis | T. Heepke | “Re: Janel’s medical records – status and question” Email chain between Atty. Callis and paralegal discussing evaluation of records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 53 | March 14, 2024 | A. Callis | T. Heepke | “Dr. Kolker” Email to paralegal re: results of attorney evaluation of medical records | Attorney-Client / Work Product (Bill of Discovery) |
| 54 | March 14, 2024 | T. Heepke | A. Callis | “45 CFR 164.524 (c)(4)(i) request to Kolker” Email chain between paralegal and Atty. Callis re: strategy to secure needed medical records. | Attorney-Client / Work Product (Bill of Discovery) |
| 55 | March 18, 2024 | T. Heepke | A. Callis | “Re: 45 CFR 164.524 (c)(4)(i) request to Kolker” Update to above discussion. | Attorney-Client / Work Product (Bill of Discovery) |
| 56 | March 20, 2024 | T. Heepke | A. Callis | “Re: 45 CFR 164.524 (c)(4)(i) request to Kolker” Email chain between paralegal and Atty. Callis updating as to above discussion re: strategy to secure medical records. Attachment: Peak Wellness (Colker) – Record Request Letter 11.1.19 – present.docx | Attorney-Client / Work Product (Bill of Discovery) |
| 57 | April 5, 2024 | A. Callis | G. Jones | “Individuals’ Right under HIPAA to Access their | Attorney-Client / |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Health Information" Discussion between Attys. Callis and Jones re: legal strategy | Work Product (Bill of Discovery) |
| 58 | April 5, 2024 | A. Callis | C. Hurley | "Peak Wellness" Email exchange between Atty. Callis and consultant re: atty opinion regarding records provided to date by plaintiff Colker | Attorney-Client / Work Product (Bill of Discovery) |
| 59 | April 11, 2024 | A. Callis | G. Jones, C. Munn | "U.S. Dept. of Health & Human Services – Office for Civil Rights / Dr. KOLKER" Email between Atty. Callis and other counsel of record. | Attorney-Client / Work Product (Bill of Discovery) |
| 60 | April 12, 2024 | E. Holland | A. Callis, A. Lang | "Dr. Carlon Kolker" Email chain between Atty. Holland and defense counsel regarding plaintiff Colker. | Attorney-Client / Work Product (Bill of Discovery) |
| 61 | April 18, 2024 | A. Callis | T. Heepke, G. Jones, D. Williams | "Fwd: Privacy Policy – Peak Wellness Clinic" Email from Atty. Callis to Holland staff and attys. discussing research. | Attorney-Client / Work Product (Bill of Discovery) |
| 62 | April 18, 2024 | T. Heepke | A. Callis | "Re: 45 CFR 164.524 (c)(4)(i) request to Kolker" Email between paralegal and Atty. Callis re results of review of records | Attorney-Client / Work Product (Bill of Discovery) |
| 63 | April 19, 2024 | G. Jones | A. Lang, A. Callis, E. Holland, C. Munn | "Docket Search" Email chain between Atty. Jones (Holland) and other counsel of record discussing research results | Attorney-Client / Work Product (Bill of Discovery) |
| 64 | May 2, 2024 | A. Callis | E. Nolan, D. Slossberg, C. Munn | "Peak Wellness/ Bill of Discovery" Email chain between Atty. Callis and other counsel of record discussing bill of discovery action. | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| 65 | May 5, 2024 | A. Callis | E. Nolan, D. Slossberg, C. Munn | "Bill of Discovery: [remainder of title withheld on work product grounds]" Email between Atty. Callis and other counsel of record related to bill of discovery action. | Attorney-Client / Work Product (Bill of Discovery) |
| 66 | May 12, 2024 | C. Munn | A. Callis, G. Jones | "Declaration Draft Notes 5.9.24" Email chain between Atty. Callis and other counsel of record discussing notes on draft document. Attachment: Declaration Draft Notes 5.9.24.docx | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 67 | May 23, 2024 | A. Callis | E. Nolan, T. Heepke, D. Williams, C. Munn | "Please see attached as Dr. Kolker never provided in his records" Email chain between Atty. Callis, Holland staff and other counsel of record discussing documents relevant to bill of discovery action. Attachment: Peak Wellness (Colker) – Privacy Policy.docx | Attorney-Client / Work Product (Bill of Discovery) |
| 68 | May 28, 2024 | A. Callis | E. Nolan, Z. Andrijauskaite, C. Munn, G. Jones, D. Slossberg | "Grant: Bill of Discovery" Email chain between Atty. Callis and other counsel of record with respect to bill of discovery action reviewing and editing draft bill of discovery pleading. Attachment: DRAFT Bill of Discovery Complaint.docx | Attorney-Client / Work Product (Bill of Discovery) |
| 69 | June 6, 2024 | A. Callis | C. Munn, E. Nolan, Z. Andrijauskaite, G. Jones, M. Grider, A. | "Bill of Discovery" Email chain between Atty. Callis and other counsel of record with respect to bill of discovery action discussing case strategy. | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| | | | Lang, E. Holland | | |
| 70 | June 9, 2024 | A. Callis | E. Nolan, G. Jones, D. Slossberg, C. Munn, T. Heepke, A. Lang, E. Holland | "Grant v. WWE – Bill of Discovery filing plan" Email chain between Atty. Callis and other counsel of record discussing case strategy. | Attorney-Client / Work Product (WWE Litgation) |
| 71 | June 18, 2024 | C. Munn | A. Callis, C. Hurley, E. Holland, M. Grider, G. Jones, Z. Andrijauskaite | "Luna – Colker / Peak Wellness" Email chain between counsel of record enclosing draft bill of discovery complaint and seeking comment and discussion. | Attorney-Client / Work Product (Bill of Discovery) |
| 72 | June 21, 2024 | A. Lang | A. Callis, G. Jones, E. Holland, M. Grider, C. Munn | "Fwd: Declaration Opening Statement" Email from co-counsel enclosing communication from client and discussing contents thereof. | Attorney-Client / Work Product (Bill of Discovery/WWE Litigation) |
| 73 | July 9, 2024 | A. Callis | E. Nolan, G. Jones, D. Slossberg, C. Munn, T. Heepke, A. Lang, E. Holland, C. Hurley | "Re: Grant v. WWE – Bill of Discovery filing plan" Email chain between various counsel of record and consultants regarding filing of the bill of discovery action. | Attorney-Client / Work Product (Bill of Discovery) |
| 74 | July 11, 2024 | D. Slossberg | A. Callis, C. Munn, G. Jones, E. Holland, E. Nolan | "Bill of Discovery" Email chain between counsel of record discussing developments and outreach from opposing counsel. | Attorney-Client / Work Product (Bill of Discovery) |
| 75 | July 16, 2024 | A. Callis | E. Nolan, C. Munn, D. Slossberg, E. Holland, G. Jones | "Janel Grant v. Colker et al" Email chain with co-counsel discussing expert needs. | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| 76 | July 16, 2024 | A. Callis | E. Nolan, D. Slossberg. C. Hurley | "Re: [Law360] Media Inquiry Re: GRANT, JANEL v. COLKER, CARLON M er Al" Email chain with co-counsel discussing inquiry into filing. | Attorney-Client / Work Product (Bill of Discovery) |
| 77 | July 16, 2024 | A. Callis | A. Callis, | "(No subject) " Blank email forwarding attached documents. Attachment: Electronic Medical Records – JG.pdf | Attorney-Client / Work Product (Bill of Discovery) |
| 78 | July 17, 2024 | A. Callis | C. Hurley, C. Munn, | "Re: Seeking comment on your filing in Vince McMahon case" Email chain forwarding media inquiry to co-counsel and consultant. | Attorney-Client / Work Product (WWE Litigation) |
| 79 | July 19, 2024 | E. Nolan | A. Callis, C. Munn, D. Slossberg | "Connecticut DPH Investigation – Colker" Email chain between co-counsel on bill of discovery regarding potential response to inquiry from state agency. | Attorney-Client / Work Product (Bill of Discovery) |
| 80 | July 22, 2024 | A. Callis | E. Stassi | "IT/Medical Record assist using Expert Institute" Email chain between Atty. Callis and consultant discussing expert needs and atty. opinion on case strategy/needs regarding bill of discovery as well as other litigation. | Attorney-Client / Work Product (Bill of Discovery) |
| 81 | July 22, 2024 | E. Nolan | A. Callis, C. Munn, G. Jones, A. Lang | "Re: Connecticut DPH Investigation – Colker" Email chain between co-counsel discussing response and communication with state agency relating to bill of discovery action. | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| 82 | August 2, 2024 | A. Callis | C. Munn, E. Holland, A. Lang, G. Jones, M. Grider, E. Nolan, D. Slossberg | "Dr. Colker Bill of Discovery against Janel." Email between Atty. Callis, Holland attys. and co-counsel discussing and advising as to recent filing by plaintiff Colker in bill of discovery action. Attachment: SUMMONS – CIVIL.pdf | Attorney-Client / Work Product (Bill of Discovery) |
| 83 | August 4, 2024 | A. Callis | C. Munn, E. Holland, A. Lang, G. Jones, M. Grider, E. Nolan, D. Slossberg | "Re: Dr. Colker Bill of Discovery against Janel." Email between Atty. Callis, Holland attys. and co-counsel discussing response to recent filing by plaintiff Colker in bill of discovery action. | Attorney-Client / Work Product (Bill of Discovery) |
| 84 | August 10, 2024 | C. Munn | E. Nolan, D. Slossberg, A. Callis, G. Jones, A. Lang | "Bod Question" Email chain between co-counsel discussing strategy / response to bill of discovery filed by plaintiff Colker. | Attorney-Client / Work Product (Bill of Discovery) |
| 85 | August 13, 2024 | E. Nolan | A. Callis, C. Munn, D. Slossberg | "Grant/Colker" Email from co-counsel discussing motion to strike filing in bill of discovery case. | Attorney-Client / Work Product (Bill of Discovery) |
| 86 | August 21, 2024 | A. Callis | E. Nolan, C. Munn, D. Slossberg | "Re: Grant v. Colker, et al" Email chain between Atty. Callis and co-counsel discussing potential response to request from opposing counsel in bill of discovery case. | Attorney-Client / Work Product (Bill of Discovery) |
| 87 | September 3, 2024 | A. Callis | E. Nolan, C. Munn, D. Slossberg | "Fw: Janel Grant billing records" Email chain between co-counsel in bill of discovery action discussing records provided by opposing counsel. | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| 88 | September 4, 2024 | A. Callis | C. Munn, E. Nolan, Z. Andrijauskaite, G. Jones, D. Slossberg | "Re: D.N.:FST-CV23-6068489-S-C.M. Colker, MD v. J. Grant" Email chain between co-counsel in bill of discovery action discussing recent filing by opposing counsel. | Attorney-Client / Work Product (Bill of Discovery) |
| 89 | September 10, 2024 | G. Jones | C. Munn, A. Callis, M. Grider, E. Holland, J. Hall, Z. Andrijauskaite | "Re: Janel Grant: Colker Materials for WSJ" Email from Atty. Jones (Holland) responding to inquiry from co-counsel in WWE litigation regarding review of litigation materials. | Attorney-Client / Work Product (WWE Litigation) |
| 90 | September 13, 2024 | A. Callis | C. Munn, G. Jones, A. Lang, J. Hall, Z. Andrijauskaite | "Privileged & Confidential: Janel Case Timeline" Email discussion between Atty. Callis and litigation team revising case narrative document. | Attorney-Client / Work Product (WWE Litigation) |
| 91 | September 16, 2024 | J. Klain | C. Munn, A. Callis | "Tough Q&A Document [Privileged & Confidential]" Email from litigation consultant J. Klain to lead counsel in WWE litigation addressing upcoming conference in Grant v. McMahon matter. Attachment: Tough Q&As [Privileged And Confidential].docx | Attorney-Client / Work Product (WWE Litigation) |
| 92 | September 17, 2024 | G. Jones | C. Munn, J. Hall, Z. Andrijauskaite, A. Callis | "Re: Colker Records" Email response chain from Atty. Jones (Holland) providing and discussing subject records. Attachments: Peak Wellness – RECORDS.pdf | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 93 | September 19, 2024 | J. Lee | A. Callis, C. Munn | "Prep Docs for Today's Press Briefing [Privileged & Confidential]" Email from litigation consultant J. Lee | Attorney-Client / Work Product (WWE Litigation) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | providing privileged documents for use by counsel in conference for Grant v. McMahon. Attachment: 9.19 Press Call Briefing [Privileged and Confidential].docx | |
| 94 | September 27, 2024 | G. Jones | T. Heepke | "Project Luna – FW [redacted as privileged]" Email from Atty. Jones (Holland) to paralegal attaching privileged documents related to both WWE litigation and potentially bill of discovery. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 95 | September 30, 2024 | J. Lee | M. Salter, J. Klain, A. Callis | "Re: NBC/NewsNation Briefing Memo and Talking Points [Privileged and Confidential]" Email chain between litigation consultant(s) enclosing confidential document concerning WWE litigation. Attachment: Briefing Memo for Ann 9.30.24 [Privileged and Confidential].pdf | Attorney-Client / Work Product (WWE Litigation) |
| 96 | October 11, 2024 | C. Munn | E. Nolan, D. Slossberg, A. Callis, G. Jones, K. Barkoff, K. Gerson | "Filing Plan for Colker Opp'n" Email chain between bill of discovery litigation team discussing strategy surrounding filing of opposition to motion to dismiss | Attorney-Client / Work Product (Bill of Discovery) |
| 97 | October 11, 2024 | K. Barkoff | J. Hall, C. Munn, A. Callis, G. Jones, K. Gerson, E. Nolan | "Re: Opposition to Colker's MTD" Email chain between bill of discovery litigation team discussing updates and changes to draft opposition brief | Attorney-Client / Work Product (Bill of Discovery) |
| 98 | October 12, 2024 | E. Nolan | C. Munn, A. Callis | "Medical Records Notes" Email between co-counsel | Attorney-Client / |

| | | | | | |
|---|---|---|---|---|---|
| | | | | discussing review of medical records. Attachment: 2021 IV Excerpts.pdf | Work Product (Bill of Discovery/ WWE Litigation) |
| 99 | October 12, 2024 | A. Callis | C. Munn, E. Nolan, G. Jones | "PRIVILEGED & CONFIDENTIAL Fw: Medical Records Notes" Email chain between larger bill of discovery litigation team members addressing review of medical records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 100 | October 13, 2024 | A. Callis | E. Nolan, K. Barkoff, J. Hall, C. Munn, G. Jones | "Re: PRIVILEGED & CONFIDENTIAL Fw: Medical Records Notes" Continuation of email chain between bill of discovery litigation team discussing medical records. | Attorney-Client / Work Product (Bill of Discovery/ WWE Litigation) |
| 101 | October 13, 2024 | A. Callis | K. Barkoff, E. Nolan, C. Munn, J. Klain, D. Slossberg, K. Gerson, G. Jones | "Re: Filing Plan for Colker Opp'n." Continuation of email chain between bill of discovery litigation team discussing litigation strategy related to filing of objection to motion to dismiss. | Attorney-Client / Work Product (Bill of Discovery) |
| 102 | October 14, 2024 | E. Nolan | K. Barkoff, A. Callis, C. Munn, J. Klain, D. Slossberg, K. Gerson, G. Jones, Z. Andrijauskiate | "Re: Filing Plan for Colker Opp'n" Continuation of email chain between bill of litigation team discussing litigation strategy related to filing plan for objection to motion to dismiss. | Attorney-Client / Work Product (Bill of Discovery) |
| 103 | October 14, 2024 | G. Jones | C. Munn, J. Hall, Z. Andrijauskiate | "Re: PRIVILEGED AND CONFIDENTIAL Fw: Medical Records Notes" Continuation of email chain between litigation team discussing opinion of | Attorney-Client / Work Product (Bill of Discovery) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | information contained in medical records | |
| 104 | October 14, 2024 | G. Jones | E. Nolan, K. Barkoff, A. Callis, C. Munn, J. Hall, S. Jones | "Re: Privileged and confidential: bumping the tough Q & As" Email chain between litigation team discussing outstanding issues related to motion to dismiss | Attorney-Client / Work Product (Bill of Discovery) |
| 105 | October 14, 2024 | C. Munn | J. Hall, E. Nolan, A. Callis, Z. Andrijuaskiate, G. Jones, D. Slossberg | "Re: ATTYS ONLY – Clean Revised Opposition Brief" Email chain between attorney members of litigation team finalizing edits to opposition brief. | Attorney-Client / Work Product (Bill of Discovery) |
| 106 | October 15, 2024 | J. Klain | J. Hall, K. Gerson, D. Slossberg, E. Nolan, K. Barkoff, A. Callis, C. Munn, G. Jones | "Re: Filing Plan for Colker Opp'n" Email chain between litigation team discussing litigation strategy related to filing of objection to motion to dismiss. Attachment: Press Call Briefing [PRIVILEGED AND CONFIDENTIAL] (1).pdf, Janel Tough Q&As [PRIVILEGED AND CONFIDENTIAL] [UPDATED WITH LAWYER FEEDBACK] (2).pdf. | Attorney-Client / Work Product (Bill of Discovery) |

**PARTICIPANTS**

| **Name** | **Affiliation** | **Role** |
|---|---|---|
| Janel Grant | Client | Client |
| Ann Callis | Holland Law | Attorney for Janel Grant |
| Greg Jones | Holland Law | Attorney for Janel Grant |

| | | |
|---|---|---|
| Eric Holland | Holland Law | Attorney for Janel Grant |
| Diana Williams | Holland Law | Support staff to attorney for Janel Grant |
| Tanya Heepke | Holland Law | Support staff to attorney for Janel Grant |
| Erika Stassi | Holland Law | Support staff to attorney for Janel Grant |
| Charles Munn | Nelson Mullins, LLP | Attorney for Janel Grant |
| Jaclyn Hall | Nelson Mullins, LLP | Attorney for Janel Grant |
| Ziggy Andrijuaskaite | Nelson Mullins, LLP | Attorney for Janel Grant |
| Mark Grider | Nelson Mullins, LLP | Attorney for Janel Grant |
| Aaron Lang | Nelson Mullins, LLP | Attorney for Janel Grant |
| David Slossberg | Hurwitz Sagarin & Slossberg LLC | Attorney for Janel Grant |
| Erica Nolan | Hurwitz Sagarin & Slossberg LLC | Attorney for Janel Grant |
| Carolina Hurley | The Agency Group | PR Consultant |
| Katie Case | The Agency Group | PR Consultant |
| Breanna Butler Koslow | The Agency Group | PR Consultant |
| Derva McNiece | The Agency Group | PR Consultant |
| Kendra Barkoff | SKDK | PR Consultant |
| Jennifer Lee | SKDK | PR Consultant |
| Jade Klain | SKDK | PR Consultant |
| Molly Salter | SKDK | PR Consultant |
| Kevin Gerson | SKDK | PR Consultant |

Very truly yours,

Timothy Gondek of
LEWIS BRISBOIS BISGAARD & SMITH LLP

TG
cc: A. Millinger