**From:** Dervla M
**Sent:** Tue, 16 Jul 2024 20:06:32 -0400
**To:** Ann Callis; Charles Munn; Aaron Lang
**Cc:** Carolina TagPR
**Subject:** Re: Colker media coverage

**CAUTION:** Email from external source. Ensure email is from trusted external sender. Do not open attachments/links unless you know contents are safe.

---

Hi all,

Following up with additional coverage from this afternoon. In addition to press coverage, the social media response to the reports are decidedly in Janel's favor with shock that this was happening, speculation and interest that this story will develop/get worse in the coming weeks and months, and thoughts that WWE were specifically trying to cover for this today by pushing a controversial Cody Rhodes interview.

We'll continue to monitor and send further coverage tomorrow!

Thanks,
Dervla

++

**New:**
Law360: Accuser Says WWE Paid Doctor To Give Her Mystery Drugs
https://www.law360.com/newyork/articles/1858747/accuser-says-wwe-paid-doctor-to-give-her-mystery-drugs
CT Insider: Former WWE employee suing Vince McMahon seeks medical records from celebrity Greenwich doctor
https://www.ctinsider.com/news/article/janel-grant-vince-mcmahon-wwe-lawsuit-dr-colker-19578073.php
Yahoo! News: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent, Employees
https://www.yahoo.com/news/janel-grant-files-petition-records-171846145.html
SB Nation: Grant's team petitions for medical records of doctor who allegedly treats WWE talent
https://www.cagesideseats.com/wwe/2024/7/16/24199872/janel-grant-files-medical-records-celebrity-doctor-treats-wwe-talent-vince-mcmahon-sex-trafficking
411 Mania: Janel Grant Files Petition For Records From Wellness Doctor Related To WWE Lawsuit

https://411mania.com/wrestling/janel-grant-petition-records-wellness-doctor-wwe-lawsuit/
Wrestling Inc: Janel Grant Seeking Medical Records In Lawsuit Against Former WWE Head Vince McMahon
https://www.wrestlinginc.com/1623809/janel-grant-seeking-medical-records-lawsuit-former-wwe-head-vince-mcmahon/
Fightful: Vince McMahon Spokesperson Issues Statement On Janel Grant Petition For Records Against Wellness Doctor
https://www.fightful.com/wrestling/vince-mcmahon-spokesperson-issues-statement-janel-grant-petition-records-against-wellness-doctor
Daily DDT: Ex-WWE employee, Janel Grant files petition against celebrity doctor who treated WWE talent and employees
https://dailyddt.com/posts/ex-wwe-employee-janel-grant-files-petition-against-celebrity-doctor-who-treated-wwe-talent-and-employees-01j2y6351afn
WWF Old School: Janel Grant Takes A Big Step In The Vince McMahon Case
https://wwfoldschool.com/janel-grant-takes-a-big-step-in-the-vince-mcmahon-case/
Wrestling Online: Janel Grant's Team File Petition Against Peak Wellness Inc As Part Of Lawsuit Vs Vince Mcmahon
https://www.wrestling-online.com/general/janel-grants-team-file-petition-against-peak-wellness-inc-as-part-of-lawsuit-vs-vince-mcmahon/
Wrestling Observer: Wrestling Observer Live: Latest on McMahon lawsuit, why Wyatt Sicks is working, Rhea Ripley
https://www.f4wonline.com/podcasts/wrestling-observer-live/wrestling-observer-live-latest-on-mcmahon-lawsuit-why-wyatt-sicks-is-working-rhea-ripley/
Wrestling Headlines: Spokesperson For Vince McMahon Responds To Janel Grant's Petition Against Wellness Doctor
https://wrestlingheadlines.com/spokesperson-for-vince-mcmahon-responds-to-janel-grants-petition-against-wellness-doctor/
Ringside News: Vince Mcmahon's Spokesperson Responds To Janel Grant's Wellness Doctor Petition
https://www.ringsidenews.com/2024/07/16/vince-mcmahons-spokesperson-responds-to-janel-grants-wellness-doctor-petition/
No DQ: Spokesperson for Vince McMahon issues statement regarding Janel Grant's petition for records against wellness doctor
https://nodq.com/news/spokesperson-for-vince-mcmahon-issues-statement-regarding-janel-grants-petition-for-records-against-wellness-doctor/
Wrestling News Source: Janel Grant Seeks Wellness Clinic Records in Connection to Vince McMahon Lawsuit

https://www.wrestlingnewssource.com/news/88484/Janel-Grant-Seeks-Wellness-Clinic-Records-in-Connection-to/
Pinkvilla: Janel Grant Files Petition Against WWE's Wellness Doctor; Says He Gave Her Undisclosed Pills on Vince McMahon's Instructions
https://www.pinkvilla.com/sports/janel-grant-files-petition-against-wwes-wellness-doctor-says-he-gave-her-undisclosed-pills-on-vince-mcmahons-instructions-1328833

**All:**
Post Wrestling: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://www.postwrestling.com/2024/07/16/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Wrestlenomics: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://wrestlenomics.com/articles/2024/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Law360: Accuser Says WWE Paid Doctor To Give Her Mystery Drugs
https://www.law360.com/newyork/articles/1858747/accuser-says-wwe-paid-doctor-to-give-her-mystery-drugs
CT Insider: Former WWE employee suing Vince McMahon seeks medical records from celebrity Greenwich doctor
https://www.ctinsider.com/news/article/janel-grant-vince-mcmahon-wwe-lawsuit-dr-colker-19578073.php
Yahoo! News: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent, Employees
https://www.yahoo.com/news/janel-grant-files-petition-records-171846145.html
SB Nation: Grant's team petitions for medical records of doctor who allegedly treats WWE talent
https://www.cagesideseats.com/wwe/2024/7/16/24199872/janel-grant-files-medical-records-celebrity-doctor-treats-wwe-talent-vince-mcmahon-sex-trafficking
Fightful: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent And Employees
https://www.fightful.com/wrestling/janel-grant-files-petition-against-wellness-doctor-who-allegedly-treats-wwe-talent
Inside the Ropes: Janel Grant Files Petition For Records Against Wellness Doctor & Clinic Related To Vince McMahon Lawsuit
https://itrwrestling.com/news/janel-grant-files-petition-for-records-against-wellness-doctor-clinic-related-to-vince-mcmahon-lawsuit/

SE Scoops: Janel Grant Files Discovery Complaint Against Celebrity Doctor in Relation to Vince McMahon Suit
https://www.sescoops.com/news/janel-grant-files-discovery-complaint-against-celebrity-doctor-in-relation-to-vince-mcmahon-suit/
Wrestling Headlines: Janel Grant Submits Petition Against Wellness Doctor Who Treats WWE Stars and Employees
https://wrestlingheadlines.com/janel-grant-submits-petition-against-wellness-doctor-who-treats-wwe-stars-and-employees/
Wrestling Observer: Janel Grant files petition for medical records related to WWE, Vince McMahon lawsuit
https://www.f4wonline.com/news/wwe/janel-grant-files-petition-for-medical-records-related-to-wwe-vince-mcmahon-lawsuit/
Wrestlezone: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent, Employees
https://www.wrestlezone.com/news/1489036-janel-grant-files-petition-for-records-against-wellness-doctor-who-allegedly-treats-wwe-talent-employees
Wrestling News: Janel Grant Files Petition For Records Against Wellness Doctor Related To Vince McMahon Lawsuit
https://wrestlingnews.co/wwe-news/janel-grant-files-petition-for-records-against-wellness-doctor-related-to-vince-mcmahon-lawsuit-
411 Mania: Janel Grant Files Petition For Records From Wellness Doctor Related To WWE Lawsuit
https://411mania.com/wrestling/janel-grant-petition-records-wellness-doctor-wwe-lawsuit/
Wrestling Inc: Janel Grant Seeking Medical Records In Lawsuit Against Former WWE Head Vince McMahon
https://www.wrestlinginc.com/1623809/janel-grant-seeking-medical-records-lawsuit-former-wwe-head-vince-mcmahon/
Fightful: Vince McMahon Spokesperson Issues Statement On Janel Grant Petition For Records Against Wellness Doctor
https://www.fightful.com/wrestling/vince-mcmahon-spokesperson-issues-statement-janel-grant-petition-records-against-wellness-doctor
Daily DDT: Ex-WWE employee, Janel Grant files petition against celebrity doctor who treated WWE talent and employees
https://dailyddt.com/posts/ex-wwe-employee-janel-grant-files-petition-against-celebrity-doctor-who-treated-wwe-talent-and-employees-01j2y6351afn
WWF Old School: Janel Grant Takes A Big Step In The Vince McMahon Case
https://wwfoldschool.com/janel-grant-takes-a-big-step-in-the-vince-mcmahon-case/

Wrestling Online: Janel Grant's Team File Petition Against Peak Wellness Inc As Part Of Lawsuit Vs Vince Mcmahon
https://www.wrestling-online.com/general/janel-grants-team-file-petition-against-peak-wellness-inc-as-part-of-lawsuit-vs-vince-mcmahon/
Wrestling Observer: Wrestling Observer Live: Latest on McMahon lawsuit, why Wyatt Sicks is working, Rhea Ripley
https://www.f4wonline.com/podcasts/wrestling-observer-live/wrestling-observer-live-latest-on-mcmahon-lawsuit-why-wyatt-sicks-is-working-rhea-ripley/
Wrestling Headlines: Spokesperson For Vince McMahon Responds To Janel Grant's Petition Against Wellness Doctor
https://wrestlingheadlines.com/spokesperson-for-vince-mcmahon-responds-to-janel-grants-petition-against-wellness-doctor/
Ringside News: Vince Mcmahon's Spokesperson Responds To Janel Grant's Wellness Doctor Petition
https://www.ringsidenews.com/2024/07/16/vince-mcmahons-spokesperson-responds-to-janel-grants-wellness-doctor-petition/
No DQ: Spokesperson for Vince McMahon issues statement regarding Janel Grant's petition for records against wellness doctor
https://nodq.com/news/spokesperson-for-vince-mcmahon-issues-statement-regarding-janel-grants-petition-for-records-against-wellness-doctor/
Wrestling News Source: Janel Grant Seeks Wellness Clinic Records in Connection to Vince McMahon Lawsuit
https://www.wrestlingnewssource.com/news/88484/Janel-Grant-Seeks-Wellness-Clinic-Records-in-Connection-to/
Pinkvilla: Janel Grant Files Petition Against WWE's Wellness Doctor; Says He Gave Her Undisclosed Pills on Vince McMahon's Instructions
https://www.pinkvilla.com/sports/janel-grant-files-petition-against-wwes-wellness-doctor-says-he-gave-her-undisclosed-pills-on-vince-mcmahons-instructions-1328833

++

On Tue, Jul 16, 2024 at 11:01 AM Dervla M <dervla@tagpr.com> wrote:

Hi all,

Sharing coverage so far of the Colker filing. Will follow up later today with an additional roundup. Let us know if you have any questions!

Thanks,
Dervla

++

Post Wrestling: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://www.postwrestling.com/2024/07/16/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Wrestlenomics: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://wrestlenomics.com/articles/2024/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Fightful: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent And Employees
https://www.fightful.com/wrestling/janel-grant-files-petition-against-wellness-doctor-who-allegedly-treats-wwe-talent
Inside the Ropes: Janel Grant Files Petition For Records Against Wellness Doctor & Clinic Related To Vince McMahon Lawsuit
https://itrwrestling.com/news/janel-grant-files-petition-for-records-against-wellness-doctor-clinic-related-to-vince-mcmahon-lawsuit/
SE Scoops: Janel Grant Files Discovery Complaint Against Celebrity Doctor in Relation to Vince McMahon Suit
https://www.sescoops.com/news/janel-grant-files-discovery-complaint-against-celebrity-doctor-in-relation-to-vince-mcmahon-suit/
Wrestling Headlines: Janel Grant Submits Petition Against Wellness Doctor Who Treats WWE Stars and Employees
https://wrestlingheadlines.com/janel-grant-submits-petition-against-wellness-doctor-who-treats-wwe-stars-and-employees/
Wrestling Observer: Janel Grant files petition for medical records related to WWE, Vince McMahon lawsuit
https://www.f4wonline.com/news/wwe/janel-grant-files-petition-for-medical-records-related-to-wwe-vince-mcmahon-lawsuit/
Wrestlezone: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent, Employees
https://www.wrestlezone.com/news/1489036-janel-grant-files-petition-for-records-against-wellness-doctor-who-allegedly-treats-wwe-talent-employees
Wrestling News: Janel Grant Files Petition For Records Against Wellness Doctor Related To Vince McMahon Lawsuit
https://wrestlingnews.co/wwe-news/janel-grant-files-petition-for-records-against-wellness-doctor-related-to-vince-mcmahon-lawsuit-

++

**From:** Dervla M
**Sent:** Tue, 16 Jul 2024 14:01:56 -0400
**To:** Ann Callis; Charles Munn; Aaron Lang
**Cc:** Carolina TagPR
**Subject:** Colker media coverage

**CAUTION:** Email from external source. Ensure email is from trusted external sender. Do not open attachments/links unless you know contents are safe.

---

Hi all,

Sharing coverage so far of the Colker filing. Will follow up later today with an additional roundup. Let us know if you have any questions!

Thanks,
Dervla

++

Post Wrestling: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://www.postwrestling.com/2024/07/16/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Wrestlenomics: Janel Grant files petition for records against wellness doctor said to treat WWE talent and employees
https://wrestlenomics.com/articles/2024/janel-grant-files-petition-for-records-against-wellness-doctor-said-to-treat-wwe-talent-and-employees/
Fightful: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent And Employees
https://www.fightful.com/wrestling/janel-grant-files-petition-against-wellness-doctor-who-allegedly-treats-wwe-talent
Inside the Ropes: Janel Grant Files Petition For Records Against Wellness Doctor & Clinic Related To Vince McMahon Lawsuit
https://itrwrestling.com/news/janel-grant-files-petition-for-records-against-wellness-doctor-clinic-related-to-vince-mcmahon-lawsuit/
SE Scoops: Janel Grant Files Discovery Complaint Against Celebrity Doctor in Relation to Vince McMahon Suit
https://www.sescoops.com/news/janel-grant-files-discovery-complaint-against-celebrity-doctor-in-relation-to-vince-mcmahon-suit/

Wrestling Headlines: Janel Grant Submits Petition Against Wellness Doctor Who Treats WWE Stars and Employees
https://wrestlingheadlines.com/janel-grant-submits-petition-against-wellness-doctor-who-treats-wwe-stars-and-employees/
Wrestling Observer: Janel Grant files petition for medical records related to WWE, Vince McMahon lawsuit
https://www.f4wonline.com/news/wwe/janel-grant-files-petition-for-medical-records-related-to-wwe-vince-mcmahon-lawsuit/
Wrestlezone: Janel Grant Files Petition For Records Against Wellness Doctor Who Allegedly Treats WWE Talent, Employees
https://www.wrestlezone.com/news/1489036-janel-grant-files-petition-for-records-against-wellness-doctor-who-allegedly-treats-wwe-talent-employees
Wrestling News: Janel Grant Files Petition For Records Against Wellness Doctor Related To Vince McMahon Lawsuit
https://wrestlingnews.co/wwe-news/janel-grant-files-petition-for-records-against-wellness-doctor-related-to-vince-mcmahon-lawsuit-

++