**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CARLON M. COLKER, M.D., ET AL<br>Plaintiff<br><br>v.<br><br>ANNE CALLIS, ET AL<br>Defendant | CASE #: 3:25-cv-00711<br><br>MAY 19, 2026 |

**DEFENDANT ANN CALLIS' RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS**

Defendant Ann Callis ("Callis") hereby provides the following responses to Plaintiffs' Requests for Admission.

**REQUESTS FOR ADMISSION**

**RESPONSES**

1. Admit that, other than the Patient, You did not interview, consult, or rely upon any other person concerning the accuracy of any statements You made about Plaintiffs in the Press Release or Press Conference.

**RESPONSE:** **Admitted.**

2. Admit that You did not conduct any independent research or investigation to verify the accuracy of the statements You made about Plaintiffs in the Press Release or Press Conference.

**<u>OBJECTION:</u> Defendant cannot provide a response to this request for admission as it is unclear what is meant by the terms "independent research" or "investigation." That objection notwithstanding, denied.**

3. Admit that You received Patient's medical records from Plaintiffs or their counsel prior to the filing of the Pre-Suit Discovery Action.

**<u>RESPONSE:</u> Defendant admits that they received <u>some</u> of Patient's medical records prior to the date of the Pre-Suit Discovery Action. Defendant denies that plaintiff had provided full compliance with defendant's request for Patient's medical records.**

4. Admit that You received Patient's medical records from Plaintiffs or their counsel prior to the Press Release and Press Conference.

**<u>RESPONSE:</u> Defendant admits that they received <u>some</u> of Patient's medical records prior to the date of the Press Release and Press Conference. Defendant denies that plaintiff had provided full compliance with defendant's request for Patient's medical records.**

5. Admit that You received metadata or electronic versions of Patient's medical records from Plaintiff or their counsel prior to the filing of the Pre-Suit Discovery Action.

**<u>RESPONSE:</u> Defendant admits that they received <u>some</u> of Patient's electronic medical records prior to the filing of the Pre-Suit Discovery Action. Defendant denies that plaintiff had provided full compliance with defendant's request for Patient's medical records.**

6. Admit that You received metadata or electronic versions of Patient's medical records from Plaintiffs or their counsel prior to the filing of the Press Release and Press Conference.

**RESPONSE:** **Defendant admits that they received some of Patient's electronic medical records prior to the Press Release and Press Conference. Defendant denies that plaintiff had provided full compliance with defendant's request for Patient's medical records.**

7. Admit that the Press Release and Press Conference were not part of any judicial proceeding.

**RESPONSE:** **Denied, to the extent that this request requires a determination of fact potentially in dispute.**

8. Admit that You did not issue any retraction, clarification, or correction of Your statements concerning Plaintiffs.

**RESPONSE:** **Admitted.**

Respectfully submitted,
ANN CALLIS

By: */s/ Timothy Gondek / Juris #ct29190*
Timothy Gondek
Hannah Meyers
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@LewisBrisbois.com
Hannah.Meyers@LewisBrisbois.com
hartfordeservice@lewisbrisbois.com
Tel: (860) 748-4806
Fax: (860) 748-4857

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing was served upon the following via electronic mail with confirmation copy by regular mail:

Alejandro Brito, Esq.
Lara Juliette Fernandez, Esq.
Brito, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, FL 33134
Tel: (305) 614-4071
Fax: (305) 440-4385
abrito@britopllc.com
lfernandez@britopllc.com
(Counsel for Plaintiffs – Peak Wellness, Inc. and Carlon M. Colker)

Dennis M. Durao, Esq.
Karsten & Tallberg LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Tel: (860) 233-5600
Fax: (860) 233-5800
ddurao@kt-lawfirm.com
(Counsel for Plaintiffs – Peak Wellness, Inc. and Carlon M. Colker)

Alexa T. Millinger, Esq.
William S. Fish, Jr., Esq.
Hinckley Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, CT 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com
kalbino@hinckleyallen.com
(Counsel for Defendants – Holland Law Firm LLC and Ann Callis)

*/s/ Timothy Gondek*
Timothy Gondek