**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 10/16/2026

Colker et al

Vs.

Callis et al

BKY Appellant ____

BKY Appellee ____

BKY case # ____

Start Time 2:05 PM End Time 2:19 PM

Recess (if more than ½ hr) ____ to ____

Total Time ____ hour(s) 14 minute(s)

Case # 3:25-cv-00711-SFR

Honorable Judge Robert M. Spector

Deputy Clerk Nick Langello

Counsel for Pla(s) Jalaine Garcia, Dennis M Durao

Counsel for Dft(s) Timothy Gondek

Reporter/Courtsmart CourtSmart

Interpreter ____

Language ____

Hearing held

☐ in person ☐ by video ☑ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Discovery Stat. Conf. ____ |

**MOTIONS**

☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ Status report due ____
☐ Hearing continued until ____ at ____

**NOTES**

Joint status report due 10/30/2026.

Rev. 2/11/26