UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLON M. COLKER, M.D., an individual, and PEAK WELLNESS, INC., a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE CALLIS, an individual, and HOLLAND LAW FIRM LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 3:25-cv-00711-SFR |

# JOINT STATUS REPORT

Plaintiffs, CARLON M. COLKER, M.D. and PEAK WELLNESS, INC. ("Plaintiffs"), and Defendants, ANNE CALLIS and HOLLAND LAW FIRM LLC ("Defendants") (collectively, the "Parties"), pursuant to the Court's Order dated October 16, 2026 (Doc. No. 89), hereby submit this Joint Status Report concerning Defendants' discovery requests to Plaintiffs, and jointly request, as the Court directed at the October 16, 2026 Discovery Conference, a modification of the Scheduling Order (Doc. No. 72), as follows:

1. Following the Discovery Conference on October 16, 2026, counsel for the Parties met and conferred on October 29, 2026 concerning the issues raised by Defendants related to Plaintiffs' discovery responses.

2. To resolve those issues, Plaintiffs have agreed to: (a) supplement certain of their responses at issue; (b) confirm whether there are any other documents responsive to certain requests exist and if so, produce them; and (c) confirm whether any responsive documents have been withheld on the basis of privilege that should be logged and produce a privilege log as

appropriate. Plaintiffs have agreed to complete these steps by Friday, November 6, 2026.

3. At this time, at lease one potential issue remains: the appropriate scope of Defendants' discovery requests concerning Plaintiffs' media presence for purposes of the Defendants seeking to establish that they are public figures. The Parties have made significant progress on this issue and are continuing to meet and confer in good faith. If the Parties require the Court's assistance in resolving this issue, they will promptly advise the Court.

4. At the October 16, 2026 Discovery Conference, the Parties advised the Court that they anticipated requesting an extension of the expert disclosure deadline. The Court directed the Parties to include any such proposal in this Joint Status Report.

5. On October 29, 2026, after the Partes' meet and confer, the Court issued its Ruling on Plaintiffs' Motion to Compel (Doc. No. 90). The Ruling requires Defendants to answer certain interrogatories and to produce additional documents, including medical records and portions of press-related materials, by November 12, 2026.

6. The Parties agree that good cause exists under Fed. R. Civ. P. 16(b)(4) to modify certain deadlines in the Scheduling Order, and they jointly request that relief.

7. Defendants' court-ordered production is not due until November 12, 2026, three days before the current deadline for burden-of-proof expert disclosures. Plaintiffs also intend to depose Defendants, non-party Janel Grant, and representatives of the public relations firms involved in the October 15, 2024 press release and press conference, and to obtain documents from those firms by subpoena, and Defendants also intend to take appropriate depositions and additional third party discovery. That discovery depends in part on the materials Defendants have been ordered to produce and the discovery responses Plaintiffs have agreed to supplement, almost all of which cannot be completed before the current expert deadlines.

8. The proposed revised schedule below allows the Parties' burden-of-proof experts to consider Defendants' court-ordered production before serving their disclosures, and allows the Parties' rebuttal experts to consider much of the deposition testimony as well.

9. In addition, the period for objecting to the October 29, 2026 Ruling under Fed. R. Civ. P. 72(a) and D. Conn. L. Civ. P. 72.2 runs through November 12, 2026. Any objection, and the District Court's ruling on it, may affect the scope and timing of the remaining fact discovery and expert disclosures.

10. Accordingly, the Parties proposed the following revised deadlines, which are designed to permit completion of the necessary fact and expert discovery while minimizing the effect on the remaining schedule:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Burden of proof expert disclosures | November 15, 2026 | December 15, 2026 |
| Burden of proof expert depositions | December 15, 2026 | January 15, 2027 |
| Non-burden of proof expert disclosures | January 15, 2027 | February 16, 2027 |
| Non-burden of proof expert depositions | February 15, 2027 | March 15, 2027 |
| Close of fact discovery | February 15, 2027 | March 15, 2027 |
| Dispositive motions | March 15, 2027 | April 1, 2027 |
| Joint Trial Memorandum (if no dispositive motions) | April 15, 2027 | April 15, 2027 |

11. This is the Parties' first request to modify the Scheduling Order. It is made in good faith and not for purposes of delay.

Respectfully submitted,

**THE DEFENDANTS**

By: ____/s/ *Alexa T. Millinger*

Alexa T. Millinger
William S. Fish, Jr.
HINCKLEY ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
wfish@hinckleyallen.com

Timothy Gondek
LEWIS BRISBOIS BISGAARD & SMITH LLP
185 Asylum Street, Suite 2603
Hartford, Connecticut 06103
Timothy.Gondek@lewisbrisbois.com
860.566.8049

**THE PLAINTIFFS**

By____/s/ *Jalaine Garcia*_____

Alejandro Brito
Florida Bar No. 098442 – *pro hac vice*
abrito@britopllc.com
apiriou@britopllc.com
Jalaine Garcia
Florida Bar No. 58632 – *pro hac vice*
jgarcia@britopllc.com
BRITO, PLLC
2121 Ponce De Leon Blvd.
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

Dennis M. Durao
KARSETN & TALLBERG, LLC
500 Enterprise Dr.
Suite 4B
Rocky Hill, CT 06067

**CERTIFICATION**

I hereby certify that on October 30, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Alexa T. Millinger*
Alexa T. Millinger